2

In The United States District Court
For the District of New Jersey
Vicinage of Camden

FILED
DEC 20 1990
At 8:30 M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| IN RE: TRUMP SECURITIES MDL | USDC NJ #1:90mc919 (JFG) |
| IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION | MDL DOCKET NO. 864 |
| KAUFMAN V. TRUMP | USDC NJ 1:90cv2349 (JFG) |
| SCHWARTZ V. TRUMP | USDC NJ 1:90cv2350 (JFG) |
| STUYVESANT V. TRUMP | USDC SDNY 90-3826 (JBS)<br>USDC NJ 1:90cv5004 (JFG) |
| CAGAN V. TRUMP | USDC NJ 1:90cv5051 (JFG)<br>USDC EDNY 90-2842 (CJP) |
| CHARNIS V. TRUMP | USDC NJ 1:90cv5052 (JFG) |
| | Notice of Allocation and Assignment |

---

Pursuant to Rule #11 of the General Rules of this Court, I have allocated the above entitled matters to Camden. Please file all pleadings and make all motions returnable to this

Office: CLERK, U.S. DISTRICT COURT
U.S COURTHOUSE & POST OFFICE
401 Market Street
P.O. Box 2797 Room 304
Camden, NJ 08101

This action has been assigned to the Hon. JOHN F. GERRY, Chief United States District Judge. You are also notified that all discovery matters will be assigned to United States Magistrate Judge JEROME B. SIMANDLE.

WILLIAM T. WALSH, CLERK

Date: 12/20/90

by [signature]
Paul D. Taylor, Deputy

Note: 1:90mc919 is the Lead Case Number for electronic docketing. Pleadings which apply to more than one action should be filed under this number or MDL 864, the number issued by the Panel on Multidistrict Litigation. Pleadings which pertain to individual actions should be filed under their individual USDC NJ Civil Action Number.