5

Goodkind, Labaton & Rudoff
122 East 42nd Street
New York, New York 10168
(212) 490-2332

Attorneys for Plaintiff
Peter Stuyvesant, Ltd.

FILED
DEC 21 1990
At 8:30 M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION | MDL NO. 864<br>C.A. NO. 90-2349 (JFG) |

RESPONSE OF PETER STUYVESANT, LTD. TO GREENFIELD & CHIMICLES' MOTION FOR APPOINTMENT AS PLAINTIFFS' INTERIM LEAD COUNSEL

Plaintiff, Peter Stuyvesant, Ltd. ("Stuyvesant") supports the appointment of Greenfield & Chimicles as Plaintiffs' Interim Lead Counsel for purposes of organizing or attempting to organize Plaintiffs' Counsel and continuing to negotiate with defendants' counsel for the entry of an appropriate Pre-Trial Order.

Stuyvesant believes that it is appropriate, at this stage in the proceedings, for Plaintiffs' Counsel to meet and seek to organize themselves to insure that the various separate actions before this Court will proceed in a coordinated manner. In that regard, Stuyvesant is currently making efforts with other Plaintiffs' Counsel to organize and coordinate the management of the various litigations.

Greenfield & Chimicles' motion for appointment as Plaintiffs' Interim Lead Counsel appears to assist in this

5

ongoing process. However, Stuyvesant notes that the application by Greenfield & Chimicles is interim in nature and, if the parties are unable to successfully organize themselves, Stuyvesant hereby requests an opportunity to address this Court further in regards to a permanent organizational structure for Plaintiffs' Counsel.

For the foregoing reasons, the undersigned supports the application by Greenfield & Chimicles for appointment as Plaintiffs' Interim Lead Counsel.

Dated: December 20, 1990

Respectfully submitted,

GOODKIND, LABATON & RUDOFF

By: ______________________
Jonathan Plasse (JP-7515 )

122 East 42nd Street
New York, New York 10168
(212) 490-2332
Counsel for Plaintiff
Peter Stuyvesant, Ltd.

Goodkind, Labaton & Rudoff
122 East 42nd Street
New York, New York 10168
(212) 490-2332

Attorneys for Plaintiff
Peter Stuyvesant, Ltd.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION | MDL NO. 864<br>C.A. NO. 90-2349 (JFG) |

## CERTIFICATE OF SERVICE

FREDRIC EISENBERG, ESQUIRE, hereby certifies that a true and correct copy of the foregoing Memorandum has been served upon counsel for all parties by first-class mail, postage pre-paid on this date:

Dated: Dec. 20, 1990

Fredric Eisenberg

In re Trump Securities Litigation

SERVICE LIST

Greenfield & Chimicles
One Haverford Centre
361 West Lancaster Avenue
P.O. Box 100
Haverford, PA 18041-0100

Howard A. Specter
Specter Law Offices, P.C.
2230 Grant Building
Pittsburgh, PA 15219

Gene Mesh, Esquire
Gene Mesh & Associates
3133 Burnet Avenue
P.O. Box 29073
Cincinnati, OH 45229

Stuart D. Wechsler, Esquire
Wechsler Skirnick Harwood
Halebian & Feffer
555 Madison Avenue
New York, New York 10022

Stuart J. Baskin, Esquire
Shearman & Sterling
153 East 53rd Street
New York, New York 10022

Robert S. Schachter, Esquire
Zwerling, Schachter & Zwerling
800 Third Avenue
New York, New York 10022

Todd S. Collins, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Lorie Taylor, Esquire
Mississippi Avenue and the Boardwalk
Atlantic City, NJ 08401

Richard L. Posen, Esquire
Willkie Farr & Gallagher
153 East 53rd Street
New York, New York 10022

John J. Barry, Esquire
Clapp & Eisenberg
A Professional Corporation
80 Park Plaza
Newark, New Jersey 07102

C. "Bucky" Willard
Trump Taj Mahal Funding, Inc.
Trump Hotel Corporation
The Boardwalk and Pennsylvania Avenue
Atlantic City, New Jersey 08404