JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FILED

DEC 14 1990

PATRICIA D. HOWARD CLERK OF THE PANEL

9

DOCKET NO. 864

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION

Fairmont Financial Corp., et al. v. Donald J. Trump, et al.
S.D. New York, C.A. No. 90 Civ 6202

1:90mc919(JFG)

FILED JAN - 8 1991 At 8:30 WILLIAM T. WALSH CLERK

CONDITIONAL TRANSFER ORDER

On December 4, 1990, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. With the consent of that court, all such actions have been assigned to the Honorable John F. Gerry.

It appears from the pleadings filed in the above-captioned action that it involves questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Gerry.

It appears from the pleadings filed in the above-captioned action that it involves questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Gerry.

Pursuant to Rule 12 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 120 F.R.D. 251, 258, the above-captioned action is hereby transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of December 4, 1990, and, with the consent of that court, assigned to the Honorable John F. Gerry.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time the stay is lifted and this order becomes effective

JAN 3 1991

Patricia D. Howard
Clerk of the Panel

FOR THE PANEL:

Patricia D. Howard
Clerk of the Panel

A CERTIFIED TRUE COPY

JAN 3

ATTEST

FOR THE JUDICIAL PANEL ON