

12

In The United States District Court
For the District of New Jersey

| | | |
|---|---|---|
| IN RE: TRUMP SECURITIES MDL | : | USDC NJ #1:90mc919 (JFG) |
| IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION | : | MDL DOCKET NO. 864 |
| KAUFMAN V. TRUMP | : | USDC NJ 1:90cv2349 (JFG) |
| SCHWARTZ V. TRUMP | : | USDC NJ 1:90cv2350 (JFG) |
| STUYVESANT V. TRUMP | : | USDC SDNY 90-3826 (JBS) |
| | : | USDC NJ 1:90cv5004 (JFG) |
| CAGAN V. TRUMP | : | USDC NJ 1:90cv5051 (JFG) |
| | : | USDC EDNY 90-2842 (CJP) |
| CHARNIS V. TRUMP | : | USDC NJ 1:90cv5052 (JFG) |
| KLOSS V. TRUMP | : | USDC NJ 1:91cv19 (JFG) |
| | : | USDC EDNY 90cv3516 |
| FAIRMONT FINANCIAL V. TRUMP | : | USDC NJ 1:91cv18 (JFG) |
| | : | USDC SDNY 90-6202 |
| GLOSSNER V. TRUMP | : | USDC NJ 1:91cv20 (JFG) |
| | : | USDC SDNY 90-6534 |
| | : | NOTICE OF ADDITION OF TAG-ALONG ACTIONS |

FILED JAN - 8 1991 At 8:30____M
WILLIAM T. WALSH
Clerk

Pursuant to RULE #11 of the General Rules of this Court, the above entitled actions have been allocated to <u>Camden</u>. Please file all pleadings and make all motions returnable to this office:

        CLERK, U.S. DISTRICT COURT
        U.S COURTHOUSE & POST OFFICE
        401 Market Street
        P.O. Box 2797   Room 304
        Camden, NJ   08101

This action has been assigned to the Hon. JOHN F. GERRY, Chief United States District Judge. You are also notified that all discovery matters will be assigned to United States Magistrate Judge JEROME B. SIMANDLE.

Sincerely,
WILLIAM T. WALSH, CLERK

Date:   1/8/91

by: Paul D. Taylor, Deputy

Note: FAIRMONT V. TRUMP, KLOSS V. TRUMP, AND GLOSSNER V. TRUMP are the tag-along cases added of this date.

In The United States District Court
For the District of New Jersey

| | | |
|---|---|---|
| IN RE: TRUMP SECURITIES MDL | : | USDC NJ #1:90mc919 (JFG) |
| IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION | : | MDL DOCKET NO. 864 |
| KAUFMAN V. TRUMP | : | USDC NJ 1:90cv2349 (JFG) |
| SCHWARTZ V. TRUMP | : | USDC NJ 1:90cv2350 (JFG) |
| STUYVESANT V. TRUMP | : | USDC SDNY 90-3826 (JBS)<br>USDC NJ 1:90cv5004 (JFG) |
| CAGAN V. TRUMP | : | USDC NJ 1:90cv5051 (JFG)<br>USDC EDNY 90-2842 (CJP) |
| CHARNIS V. TRUMP | : | USDC NJ 1:90cv5052 (JFG) |
| KLOSS V. TRUMP | : | USDC NJ 1:91cv19 (JFG)<br>USDC EDNY 90cv3516 |
| FAIRMONT FINANCIAL V. TRUMP | : | USDC NJ 1:91cv18 (JFG)<br>USDC SDNY 90-6202 |
| GLOSSNER V. TRUMP | : | USDC NJ 1:91cv20 (JFG)<br>USDC SDNY 90-6534 |

SERVICE LIST AS OF 1/8/91

Richard D. Greenfield, Esq.
Mark Rifkind, Esq.
GREENFIELD & CHIMICLES
1 PENN PLAZA, STE 2100
NYC, NY   10114

FOR: Plaintiffs in 1:91cv18(JFG)
   FAIRMONT V. TRUMP
   -and-
   Plaintiffs in 1:90cv20(JFG)
   GLOSSNER V. TRUMP

Bruce E. Gerstein, Esq.
Scott W. Fisher, Esq.
GARWIN, BRONZAFT, GERSTEIN & FISHER
1501 BROADWAY, STE 1415
NYC, NY   10036

FOR: Plaintiffs in 1:91cv19(JFG)
   KLOSS V. TRUMP

C. "Bucky" Willard
c/o TRUMP TAJ MAHAL FUNDING, INC.
TRUMP HOTEL CORPORATION
THE BOARDWALK & PENNSYLVANIA AVE
ATLANTIC CITY, NJ   08401

Pro Se

(Please see obverse)