Stuart J. Baskin (SB9936)
SHEARMAN & STERLING
153 East 53rd Street
New York, New York  10022
(212) 848-4974

Attorneys for Defendant
 Merrill Lynch, Pierce, Fenner &
 Smith Incorporated

FILED
JAN 1 1 1991
At 8:30 _____ M
WILLIAM T. WALSH
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE DONALD J. TRUMP CASINO          Hon. John F. Gerry
SECURITIES LITIGATION                 MDL NO. 864

90 mc 919

### AFFIDAVIT OF GOOD STANDING

I, Stuart J. Baskin, Esquire, being duly sworn according to law, depose and say that I am presently admitted to practice and in good standing in the United States District Courts for the Southern and Eastern Districts of New York, among others.

_____
Stuart J. Baskin

Sworn to and Subscribed
Before me this 11th day
of January, 1991.

_____
Notary Public

DAVID T. BRADFORD
Notary Public, State of New York
No. 31-4919444
Qualified in New York County
Commission Expires January 19, 1992