

Richard L. Posen (P3593)
WILLKIE FARR & GALLAGHER
153 East 53rd Street
New York, NY 10022
(212) 935-8000

Attorneys for Trump Affiliated Defendants

**FILED**

JAN 24 1991

At 8:30 _____ M

WILLIAM T. WALSH
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE DONALD J. TRUMP CASINO
SECURITIES LITIGATION

Hon. John F. Gerry
MDL NO. 864

## AFFIDAVIT OF GOOD STANDING

RICHARD L. POSEN, being duly sworn, deposes and says:

I am a member in good standing of the bar of the United States District Court for the Southern District of New York.

_____
Richard L. Posen

Sworn to and Subscribed
Before me this 18th day
of January, 1991.

_____
Notary Public

CARL L. STINE
Notary Public, State of New York
No. 31-436951
Qualified in New York County
Commission Expires July 16, 1992