WECHSLER SKIRNICK HARWOOD
HALEBIAN & FEFFER
Stuart D. Wechsler (SW 4381)
Andrew D. Friedman (AF 6222)
555 Madison Avenue
New York, New York  10022
(212) 935-7400

Attorneys for Plaintiffs
  Cagan et al.



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE DONALD J. TRUMP CASINO      MDL NO. 864
    SECURITIES LITIGATION          Master File No. 1-90-MC-919

Relates to: C.A. No. 90-5051 (JFG)

### AFFIDAVIT OF GOOD STANDING

STATE OF NEW YORK   )
                    :  ss.:
COUNTY OF NEW YORK  )

I, Stuart D. Wechsler, Esquire, being duly sworn, deposes and says that I am presently admitted to practice and in good standing in the Courts of New York and United States District Court for the Southern District of New York among others.

                                            Stuart D. Wechsler

Sworn to before me this
18th day of January, 1991.

          Notary Public

TARAS A. SAWCHUK

WECHSLER SKIRNICK HARWOOD
  HALEBIAN & FEFFER
555 Madison Avenue
New Yrok, New Yrok 10022
(212) 935-7400
Attorneys for Plaintiffs
Susan Cagan, Eric Cagan, David Dougherty and Jean Curzio

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE DONALD J. TRUMP CASINO     MDL NO. 864
    SECURITIES LITIGATION        Master File No. 1-90-MC-919

THIS RELATES TO C.A. NO. 90-5051(JFG)

**PROOF OF SERVICE**

TARAS A. SAWCHUK, hereby certifies as follows:

1. I am the Managing Law Clerk of the law firm of Wechsler Skirnick Harwood Halebian & Feffer, attorneys for the plaintiffs in the within action, am over the age of 18 years, and am not a party to the action.

2. On January 23, 1991, I served the Affidavit of Good standing of Stuart D. Wechsler, and [proposed] Order for Admission Pro Hac Vice by mail on all counsel or parties on attached service list.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
TARAS A. SAWCHUK

Dated: January 23, 1991

JAN 29 1991

### In re Donald J. Trump Casino Securities Litigation
### MDL No. 864

#### SERVICE LIST

Michael A. Cohan, Esquire
Cohen & Eckhaus
21 Ernston Road
P.O. Box 200
Parlin, New Jersey   08859

Howard Specter, Esquire
David J. Manogue, Esquire
Specter Law Offices, P.C.
2230 Grant Building
Pittsburgh, Pennsylvania   15219

Gene Mesh, Esquire
Gene Mesh & Associates
3133 Burnet Avenue
P.O. 29073
Cincinnati, Ohio   45229

Edward Labaton, Esquire
Frederic Eisenberg, Esquire
Jonathan M. Plasse, Esquire
Goodkind, Labaton & Rudoff
122 East 42nd Street
New York, New York 10168

Richard D. Greenfield, Esquire
Mark C. Rifkin, Esquire
Greenfield & Chimicles
One Haverford Centre
Haverford, Pennsylvania   19041

Richard L. Posen, Esquire
Willkie Farr & Gallagher
153 East 53rd Street
New York, New York 10022

Leonard Barrack, Esquire
Gerald J. Rodos, Esquire
Barrack, Rodos & Bacine
1845 Walnut Street
Suite 2100
Philadelphia, Pennsylvania   19103

Robert S. Schachter, Esquire
Zwerling Schachter & Zwerling
800 Third Avenue
New York, New York 10022

Todd A. Collins, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

Bruce E. Gerstein, Esquire
Garwin Bronzaft Gerstein & Fisher
1501 Broadway, 14th Floor
New York, New York 10036

Stuart J. Baskin, Esquire
David T. Bradford, Esq.
Shearman & Sterling
153 East 53rd Street
New York, New York 10022

Charles V. Van de Walle, Esquire
Martin Van de Walle Guarino & Donohue
17 Barstow Road
Great Neck, New York 11021

Jared Bennett Stamell, Esquire
Stamell Tabacco & Schager
One Ingham Avenue
Bayonne, New Jersey 07002

John J. Barry, Esquire
John L. Laskey, Esquire
Clapp & Eisenberg
80 Park Plaza
Newark, New Jersey 07102

C. "Bucky" Willard (pro se)
Trump Taj Mahal Funding, Inc.
Trump Hotel Corporation
The Boardwalk and Pennsylvania Avenue
Atlantic City, New Jersey  08404

Lorie Taylor (pro se)
Mississippi Avenue & The Boardwalk
Atlantic City, New Jersey  08401