1225A-7

(23)

GARWIN, BRONZAFT, GERSTEIN & FISHER
Bertram Bronzaft (BB 1098)
Bruce E. Gerstein (BG 2726)
Scott W. Fisher (SF 8756)
1501 Broadway
New York, NY 10036
(212) 398-0055

Attorneys for Plaintiffs
Robert and Helen Kloss, et al.

FILED
FEB -6 1991
Clerk

RECEIVED
FEB -6 1991

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION

MDL NO. 864
Master File No. 1-90-MC-919

Relates to: C.A. No. ~~90-5051 (JFG)~~ 91-19 (JFG)

## AFFIDAVIT OF GOOD STANDING

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, Scott W. Fisher, Esquire, being duly sworn, deposes and says that I am presently admitted to practice and in good standing in the Courts of New York and United States District Court for the Southern District of New York among others.

Scott W. Fisher

Sworn to before me this
5th day of February, 1991.

Notary Public

STANLEY A. ALT
NOTARY PUBLIC, State of New York
No. 30-5059460
Qualified in Nassau County
Commission Expires ~~March 30, 1982~~

GARWIN, BRONZAFT, GERSTEIN & FISHER
Bertram Bronzaft (BB 1098)
Bruce E. Gerstein (BG 2726)
Scott W. Fisher (SF 8756)
1501 Broadway
New York, NY 10036
(212) 398-0055

Attorneys for Plaintiffs
Robert and Helen Kloss, et al.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION**

**MDL NO. 864**
**Master File No. 1-90-MC-919**

Relates to: C.A. No. 90-5051 (JFG)

**PROOF OF SERVICE**

PATRICIA MALCOLM, hereby certifies as follows:

1. I am an employee of the law firm of Garwin, Bronzaft, Gerstein & Fisher, attorneys for the plaintiffs in the within action, am over the age of 18 years, and am not a party to the action.

2. On February 5th, 1991, I served the Affidavit of Good Standing of Scott W. Fisher, and [proposed] Order for Admission Pro Hac Vice by mail on all counsel or parties on the attached service list.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Patricia Malcolm
Patricia Malcolm

Dated: February 5th, 1991.

Stuart D. Wechsler, Esquire
WECHSLER SKIRNICK HARWOOD
HALEBIAN & FEFFER
555 Madison Avenue
New York, New York 10022

Todd Collins, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Robert S. Schachter, Esquire
ZWERLING, SCHACHTER & ZWERLING
800 Third Avenue
New York, NY 10022

Stuart J. Baskin, Esquire
David T. Bradford, Esquire
SHEARMAN & STERLING
153 East 53rd Street
New York, New York 10022

Charles V. Van de Walle, Esquire
MARTIN VAN DE WALLE GUARINO & DONOHUE
17 Barstow Road
Great Neck, New York 11021

Jared Bennett Stamell, Esquire
STAMELL TABACCO & SCHAGER
One Ingham Avenue
Bayonne, New Jersey 07002

John J. Barry, Esquire
John L. Laskey, Esquire
CLAPP & EISENBERG
80 Park Plaza
Newark, New Jersey 07102

C. "Bucky" Willard (pro se)
Trump Taj Mahal Funding, Inc.
Trump Hotel Corporation
The Boardwald and Pennsylvania Avenue
Atlantic City, New Jersey 08404

Lorie Taylor (pro se)
Mississippi Avenue & The Boardwalk
Atlantic City, New Jersey 08401

In re Donald J. Trump Casino Securities Litigation
MDL NO. 864

SERVICE LIST

Michael A. Cohan, Esquire
Cohen & Eckhaus
21 Ernston Road
P.O. Box 200
Parlin, New Jersey 08859

Howard Specter, Esquire
David J. Manogue, Esquire
SPECTER LAW OFFICES, P.C.
2230 Grant Building
Pittsburgh, Pennslyvania 15219

Gene Mesh, Esquire
GENE MESH & ASSOCIATES
3133 Burnett Avenue
P.O. 29073
Cincinnati, Ohio 45229

Edward Labaton, Esquire
Frederic Eisenberg, Esquire
Jonathan M. Plasse, Esquire
GOODKIND, LABATON & RUDOFF
122 East 42nd Street
New York, New York 10168

Richard D. Greenfield, Esquire
Marck C. Rifkin, Esquire
GREENFIELD & CHIMICLES
One Haverford Centre
Haverford, Pennsylvania 19041

Richard L. Posen, Esquire
WILLKIE FARR & GALLAGHER
153 East 53rd Street
New York, New York 10022

Leonard Barrack, Esquire
Gerald J. Rodos, Esquire
BARRACK, RODOS & BACINE
1845 Walnut Street
Suite 2100
Philadelphia, Pennsylvania 19103