27

WECHSLER SKIRNICK HARWOOD
HALEBIAN & FEFFER
Stuart D. Wechsler (SW 4381)
Robert J. Ryan (RR 9334)
555 Madison Avenue
New York, New York 10022
(212) 935-7400

Attorneys for Plaintiffs
Cagan et al.

FILED
FEB - 6 1991
At 8:30 ____M
WILLIAM T. WALSH
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION | MDL NO. 864<br>Master File No. 1-90-MC-919 |

Relates to: C.A. No. 90-5051 (JFG)

**AFFIDAVIT OF GOOD STANDING**

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

I, Robert J. Ryan, Esquire, being duly sworn, deposes and says that I am presently admitted to practice and in good standing in the Courts of California and the United States District Courts for the Northern, Central and Southern Districts of California.

Robert J. Ryan

Sworn to before me this
24th day of January, 1991.

Notary Public
TARAS A. SAWCHUK

**WECHSLER SKIRNICK HARWOOD**
**HALEBIAN & FEFFER**
**Stuart D. Wechsler (SW 4381)**
**Robert J. Ryan (RR 9334)**
**555 Madison Avenue**
**New York, New York 10022**
**(212) 935-7400**
**Attorneys for Plaintiffs**
**Susan Cagan, Eric Cagan, David Dougherty and Jean Curzio**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION**

**MDL NO. 864**
**Master File No. 1-90-MC-919**

**THIS RELATES TO C.A. No. 90-5051 (JFG)**

**PROOF OF SERVICE**

TARAS A. SAWCHUK, hereby certifies as follows:

1. I am the Managing Law Clerk of the law firm of Wechsler Skirnick Harwood Halebian & Feffer, attorneys for the plaintiffs in the within action, am over the age of 18 years, and am not a party to the action.

2. On February 1, 1991, I served the Affidavit of Good Standing of Robert J. Ryan and [proposed] Order for Admission Pro Hac Vice by mail on all counsel or parties on attached service list.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Taras A. Sawchuk
TARAS A. SAWCHUK

Dated: February 1, 1991

**In re Donald J. Trump Casino Securities Litigation**
**MDL No. 864**

**SERVICE LIST**

Michael A. Cohan, Esquire
Cohan & Eckhaus
21 Ernston Road
P.O. Box 200
Parlin, New Jersey 08859

Howard Specter, Esquire
David J. Manogue, Esquire
Specter Law Offices, P.C.
2230 Grant Building
Pittsburgh, Pennsylvania 15219

Gene Mesh, Esquire
Gene Mesh & Associates
3133 Burnet Avenue
P.O. 29073
Cincinnati, Ohio 45229

Edward Labaton, Esquire
Frederic Eisenberg, Esquire
Jonathan M. Plasse, Esquire
Goodkind, Labaton & Rudoff
122 East 42nd Street
New York, New York 10168

Richard D. Greenfield, Esquire
Mark C. Rifkin, Esquire
Greenfield & Chimicles
One Haverford Centre
Haverford, Pennsylvania 19041

Richard L. Posen, Esquire
Willkie Farr & Gallagher
153 East 53rd Street
New York, New York 10022

Leonard Barrack, Esquire
Gerald J. Rodos, Esquire
Barrack, Rodos & Bacine
1845 Walnut Street
Suite 2100
Philadelphia, Pennsylvania 19103

Robert S. Schachter, Esquire
Zwerling Schachter & Zwerling
800 Third Avenue
New York, New York 10022

Todd A. Collins, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

Bruce E. Gerstein, Esquire
Garwin Bronzaft Gerstein & Fisher
1501 Broadway, 14th Floor
New York, New York 10036

Stuart J. Baskin, Esquire
David T. Bradford, Esq.
Shearman & Sterling
153 East 53rd Street
New York, New York 10022

Charles V. Van de Walle, Esquire
Martin Van de Walle Guarino & Donohue
17 Barstow Road
Great Neck, New York 11021

Jared Bennett Stamell, Esquire
Stamell Tabacco & Schager
One Ingham Avenue
Bayonne, New Jersey 07002

John J. Barry, Esquire
John L. Laskey, Esquire
Clapp & Eisenberg
80 Park Plaza
Newark, New Jersey 07102

C. "Bucky" Willard (pro se)
Trump Taj Mahal Funding, Inc.
Trump Hotel Corporation
The Boardwalk and Pennsylvania Avenue
Atlantic City, New Jersey 08404

Lorie Taylor (pro se)
Mississippi Avenue & The Boardwalk
Atlantic City, New Jersey 08401