## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

### Minutes Of Proceedings

44

Office: Camden

JUDGE: Simandle

COURT REPORTER: none

OTHER(S): _____

Date of Proceedings: 8-22-91

Returnable Date of Motion: _____

Date Motion Filed: _____
Docket No. 1:90MC919 (JFG)
MDL No. 864
(Arbitration YES__ NO__)

**TITLE OF CASE:**

In Re: Donald Trump Casino Securities Litigation - Taj Mahal Cases

**APPEARANCES:**

Carl Poplar, Esq. Liaison counsel for pltfs.

John Barry, Esq. attorney for Trump defts.

**NATURE OF PROCEEDINGS:**

Telephone Hearing upon scheduling of conference.

FILED
AUG 22 1991
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

**DISPOSITION:**

Conference set for September 5, 1991 at 1:30 p.m. in person. (Mr. Poplar to confirm)

Adjourned to: _____   Time Commenced: 3:15   Time Adjourned: 3:__

_Lynn Vito_
Deputy Clerk