88563

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re | Case Nos. 91-13321 (RG) |
| Trump Taj Mahal Associates, et al., | 91-13325 (RG) |
| | 91-13331 (RG) |
| | 91-13334 (RG) |
| Debtors | (Chapter 11) |

DECLARATION OF HENRY W. HORNBOSTEL
CERTIFYING THE BALLOTS OF CLASSES
4, 5, 6, 12, 13, 16 AND 18 ACCEPTING AND
REJECTING THE DEBTORS' JOINT PLAN
OF REORGANIZATION DATED JUNE 5, 1991

I, Henry W. Hornbostel, hereby declare and certify under penalty of perjury as follows:

1. I am over the age of eighteen years and I am not individually a party to this action.

2. I am employed by Trump Taj Mahal Associates as its Senior Vice President, Finance and Administration. Trump Taj Mahal Associates' offices are located at 1000 The Boardwalk, Atlantic City, New Jersey 08401.

3. In connection with the solicitation by the Debtors of ballots (the "Ballots") from the holders of claims and interests in classes 4, 5, 6, 12, 13, 16, and 18 (the "Impaired Classes"), Joseph Silver, an employee of The Trump Organization, acted as ballot agent for the Debtors for the purpose of receiving and tabulating Ballots accepting and rejecting the Debtors' Joint Plan of Reorganization, dated June 5, 1991 (the "Plan") from the holders of claims and interests in classes 5, 6, 12, 13, 16, and 18 (the "Non-Bondholder Impaired Classes").

4. In connection with the solicitation by the Debtors of Ballots from the holders of claims and interests in the Impaired Classes, First Bank National Association, a national banking association ("First Bank"), served as ballot agent for the receipt and tabulation of the Ballots from the holders of claims in class 4 (the "Bondholder Claims").

5. The following procedures and mechanisms were utilized for insuring an accurate record of receipt and tabulation of the Ballots for acceptances or rejections of the Plan by the holders of claims against, and interests in, the Debtors that are members of Impaired Classes under the Plan:

(a) Every holder of a claim or interest was assigned to a class of claims or interests pursuant to the Plan. The claims and interests in Classes 4, 5, 6, 12, 13, 16, and 18 were considered by the Debtors to be impaired and entitled to vote for or against the Plan;

(b) The Declaration of Mailing of Maurice M. Lefkort dated August 14, 1991 sets forth the documents delivered to the holders of claims and interests in the Non-Bondholder Impaired classes in connection with the solicitation of Ballots from the holders of claims and interests in the Non-Bondholder Impaired Classes;

(c) The Declaration of Mailing of Frank Leslie, a Vice President of First Bank, dated August 27, 1991 sets forth the documents delivered to the holders of the Bondholder Claims in connection with the solicitation of Ballots from the holders of the Bondholder Claims;

(d) The Debtors received executed Ballots through the United States Postal Service, telefax, and independent courier services at the offices of The Trump Organization located at 725 Fifth Avenue, New York, New York 10022, at the offices of First Bank located at c/o First Trust National Association, 180 East Fifth Street, St. Paul, MN 55101 and at the offices of Willkie Farr & Gallagher, 153 East 53rd Street, New York, New York 10022 on or before July 16, 1991, at 5:00 p.m. New York City time;

(e) At the offices of The Trump Organization, First Bank and Willkie Farr & Gallagher, the Ballots were opened and inspected. All Ballots tabulated were properly executed, the Ballots were sorted according to the class of claims or interests indicated on each Ballot as assigned prior to dissemination of the Ballot; and

88563

(f)  The Trump Organization personnel under the direct control and supervision of Joseph Silver, First Bank personnel under the direct control of Frank Leslie, and attorneys at Willkie Farr & Gallagher tallied the Ballots in each voting class to determine the number of acceptances and rejections in each class, and for classes of claims, the total dollar amounts of the accepting and rejecting Ballots in each class.

### RESULTS OF TABULATION

6.  The results of the voting process are summarized below.

| Class | Acceptances Number | Acceptances Claim or Interest Amount | Acceptances Percentage | Rejections Number | Rejections Claim or Interest Amount |
|---|---|---|---|---|---|
| 4 | 830* | $564,874,100 | 83.86% | 30 | $37,683,000 |
| 5 | 1 | 44,668,421.05 | 100% | None | |
| 6 | 1* | 78,765,000 | 100% | None | |
| 12 | 1* | 27,908,333 | 100% | None | |
| 13 | 1 | 11,188,776 | 100% | None | |
| 16 | 2 | 100% of Partnership Interests | 100% | None | |
| 18 | 1 | 40 shares | 100% | None | |

* Subject to the terms and conditions set forth on the Ballots.

-4-

8856B

6. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Atlantic City, New Jersey, this 27th day of August, 1991.

*Henry W. Hornbostel*

Sworn to before me
this 27th day of August, 1991

*Maryann S. Connor*
Notary Public

MARYANN S. CONNOR
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Jan. 11, 1993

-5-