UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------x
                                        :
IN RE DONALD J. TRUMP CASINO            : Hon. John F. Gerry
   SECURITIES LITIGATION                : MDL Docket No. 864
                                        :
THIS DOCUMENT RELATES TO:               :
   ALL TAJ MAHAL CASES                  : AFFIDAVIT OF
                                        : SERVICE
---------------------------------------x

STATE OF NEW YORK  )
                   )ss.:
COUNTY OF NEW YORK )

       I, Alan E. Lasak, being duly sworn, say: that I am over the age of eighteen years and am not a party herein, and that on the 21st day of October, 1991, I caused to be served a true copy of the within, Notice of Motion with attached supporting affidavits of Richard L. Posen and Robert M. Miller (and exhibits thereto), upon the parties hereinafter named at the places hereinafter stated and set opposite their respective names by first class United States Postal Service overnight mail, unless otherwise indicated, directed to said parties at their respective addresses given below, which were designated by them for that purpose upon the preceding papers in this action, to wit:

      <u>Name</u>      <u>Address</u>

      See attached list.

                                                  /s/ Alan Lasak

Sworn to before me this 21st
day of October, 1991.

/s/ Alfredo C. Flores
Notary Public

ALFREDO C. FLORES
NOTARY PUBLIC, State of New York
No. 01FL4981880
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Feb. 5, 19__

Richard D. Greenfield, Esq.
Mark C. Rifkin, Esq.
One Haverford Centre
Haverford, PA  19104


Carl D. Poplar, Esq.
1010 Kings Highway S.
Cherry Hill, NJ  08034


Leonard Barrack Esq.
Gerald J. Rodos, Esq.
Barrack, Rodos & Bacine
1845 Walnut Street
Suite 2100
Philadelphia, PA  19103


Robert S. Schachter, Esq.
Zwerling Schachter & Zwerling
800 Third Avenue
New York, NY  10022


Todd A. Collins, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103


BY HAND

Stuart D. Wechsler, Esq.
Wechsler Skirnick Harwood
  Halebian & Feffer
555 Madison Avenue
New York, NY  10022