## WECHSLER SKIRNICK HARWOOD HALEBIAN & FEFFER

555 MADISON AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE:(212) 935-7400
TELECOPIER:(212) 753-3630

June 27, 1991

By Telecopier

Richard L. Posen, Esq.
Willkie Farr & Gallagher
153 East 53rd Street
New York, New York 10022-4669

Stuart J. Baskin, Esq.
Shearman & Sterling
153 East 53rd Street
New York, New York 10022

Re: Trump Taj Mahal Securities Litigation

Dear Rick and Stuart:

As you are probably aware, the $3,500,000 in cash which your clients were generous enough to provide pursuant to the MOU was inexplicably invested in a certificate of deposit issued by Commerce Bank, N.A., a local New Jersey bank which happens to have at least one office in Pennsylvania.

Now, I have no reason to believe that Commerce Bank, N.A. is any more insolvent than other banks. However, I do have a nagging suspicion that Commerce Bank, N.A. may not fall within our national welfare-for-white-folks policy colloquially known as "too big to fail". I suspect that all of us might feel a little bit more comfortable if the money was invested in United States Treasury securities. Although the United States Treasury is probably even more insolvent than the banking industry, I have it on good authority that its printing presses are still operational.

Brother Greenfield has graciously offered us an opportunity to remedy this problem. For a limited time, and a limited time only, he is willing to cause the money to be invested in Treasuries. All he asks is that both of you indicate

JUN-27-91 THU 11:52 WECHSLER SKIRNICK H H &F          P.03

**WECHSLER SKIRNICK HARWOOD HALEBIAN & FEFFER**

Richard L. Posen, Esq.
Stuart J. Baskin, Esq.
Page 2
June 27, 1991

your desire for this radical shift in investment policy by dropping him a note. What could be more reasonable? In the interest of liquidating more killer trees, please send me a copy of any such note.

Sincerely,

Joel C. Feffer

JCF:dc

cc: Richard D. Greenfield, Esq.