```
 1           UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
 2
                                    CIVIL ACTION NO.
 3  _____      MDL 864

 4  IN RE:

 5  DONALD J. TRUMP
    SECURITIES LITIGATION,
 6                                  ORAL DEPOSITION OF

 7                                   MARVIN ROFFMAN

 8  _____
                  * * * * *
 9
            WEDNESDAY, SEPTEMBER 25, 1991
10
                  * * * * *
11

12            TRANSCRIPT IN THE ABOVE MATTER TAKEN
    AT THE OFFICES OF SCHWARTZMAN & HEPPS, 2033 WALNUT
13  STREET, PHILADELPHIA, PENNSYLVANIA, COMMENCING AT
    10:00 A.M.
14

15  A P P E A R A N C E S:

16

17       BERGER & MONTAGUE, ESQUIRES
         BY:  TODD S. COLLINS, ESQUIRE
18       AND
         CLAY W. HAMLIN, III, ESQUIRE
19       ATTORNEYS FOR THE PLAINTIFFS

20

21
         CERTIFIED SHORTHAND REPORTING SERVICES
22                  ARRANGED THROUGH
            MASTROIANNI & FORMAROLI, INC.
23              104 WHITE HORSE PIKE
           HADDON HEIGHTS, NEW JERSEY 08035
24                 (609) 546-1100

25
```

1   OCCASION TO, AT ANY TIME, LOOK AT THE PROSPECTUS
2   FOR THAT OFFERING?
3   A.    YES.
4   Q.    I'M GOING TO ASK YOU TO TAKE A LOOK AT A
5   DOCUMENT THAT'S BEEN PREVIOUSLY MARKED AS WEBB-2.
6               (OFF-THE-RECORD DISCUSSION)
7   BY MR. COLLINS:
8   Q.    HAVE YOU SEEN THIS DOCUMENT BEFORE?
9   A.    YES.
10  Q.    AND THIS IS, IN FACT, A PROSPECTUS?
11  A.    YES.
12  Q.    DID YOU LOOK AT THIS DOCUMENT OR A RED
13  HERRING IN SOME -- AT SOME POINT IN OR PRIOR TO
14  NOVEMBER, 1988?
15  A.    YES.
16  Q.    IN NOVEMBER, 1988, DID YOU MAKE ANY
17  RECOMMENDATIONS TO ANYONE AS TO WHETHER OR NOT IT
18  WAS A GOOD IDEA TO BUY THESE BONDS?
19  A.    YES.
20  Q.    AND DID YOU MAKE THOSE RECOMMENDATIONS IN
21  NOVEMBER OF '88 OR BEFORE NOVEMBER OF '88?
22  A.    IN 19 -- IN NOVEMBER OF 1988.
23  Q.    AND TO WHOM DID YOU MAKE THESE
24  RECOMMENDATIONS?
25  A.    TO THE SALES FORCE OF JANNEY, MONTGOMERY,

1   SCOTT.

2   Q.   AND IN WHAT FORM WERE THOSE RECOMMENDATIONS?

3   A.   THE SPOKEN WORD.

4   Q.   WHAT WERE THOSE RECOMMENDATIONS?

5   A.   AVOID THEM.

6   Q.   DID YOU EXPLAIN WHY THESE BONDS SHOULD BE
7   AVOIDED?

8   A.   YES.

9   Q.   WHAT DID YOU SAY?

10  A.   THEY WERE JUNK BONDS.

11  Q.   WHAT ELSE DID YOU SAY?

12  A.   I SAID THAT I FELT THAT IN ORDER FOR THIS
13  PROPERTY TO BREAK EVEN, IT WOULD HAVE TO GENERATE
14  A CASINO WIN -- A WIN SUBSTANTIALLY IN EXCESS OF
15  ANY CASINO WIN EVER, THAT I HAD SERIOUS
16  RESERVATIONS ABOUT THAT.

17  Q.   WHAT DO YOU MEAN SERIOUS RESERVATIONS?

18  A.   WELL, WHEN THIS PROPERTY WAS ABOUT TO OPEN,
19  I WAS WORRIED ABOUT THE ECONOMY.

20  Q.   TWO ANSWERS AGO WHEN YOU SAID YOU HAD
21  SERIOUS RESERVATIONS, DID YOU MEAN THAT YOU DIDN'T
22  BELIEVE THAT THE CASINO WOULD BREAK EVEN?

23  A.   THAT'S CORRECT.

24  Q.   DID YOU BELIEVE THAT DEBT SERVICE WOULD BE
25  COVERED BY CASH FLOW, BY INTERNALLY GENERATED CASH

1  A.    I THINK HE WAS WITH RAYMOND JAMES.

2  Q.    IN WHAT CITY?

3  A.    SAINT PETERSBURG, FLORIDA.

4  Q.    DO YOU KNOW WHERE HE IS NOW?

5  A.    NO.

6  Q.    VAN LEE, WHERE WAS HE?

7  A.    DAN.

8  Q.    DAN, EXCUSE ME.

9  A.    HE WAS WITH DREXEL BURNHAM.

10 Q.    DO YOU KNOW WHERE HE IS NOW?

11 A.    FIRST BOSTON.

12 Q.    AND LEE ISKER, DO YOU KNOW WHERE HE WAS IN

13 1988?

14 A.    PAINE WEBBER.

15 Q.    DO YOU KNOW WHERE HE IS NOW?

16 A.    WITH A SMALL BOUTIQUE IN SAN FRANCISCO, BUT

17 I CAN'T REMEMBER THE NAME.

18 Q.    IS VOGEL STILL WITH MERRILL-LYNCH?

19 A.    TO MY KNOWLEDGE.

20         MR. COLLINS:  I HAVE NO FURTHER

21 QUESTIONS AT THIS TIME AND I THANK YOU.

22         MR. BRADY:  I JUST HAVE A FEW.

23 (EXAMINATION OF MR. ROFFMAN BY MR. BRADY:)

24 Q.    HAVE YOU EVER MET A LAWYER NAMED STEWART

25 WEXLER?

```
 1  A.    I'VE TALKED TO HIM.
 2  Q.    DO YOU RECALL HOW MANY TIMES?
 3  A.    NO.
 4  Q.    DO YOU RECALL WHEN?
 5  A.    DURING 1990.
 6  Q.    COULD YOU TELL ME WHAT YOU REMEMBER ABOUT
 7  THE CONVERSATION?
 8  (OBJECTION)   MR. COLLINS:  I OBJECT.  GO AHEAD.
 9               THE WITNESS:  HE WANTED TO HAVE ME
10  READ THE TRUMP TAJ MAHAL PROSPECTUS TO SEE IF I
11  COULD FIND SOMETHING IN THERE THAT MIGHT BE ABLE
12  TO GET THE PEOPLE WHO WROTE IT IN TROUBLE.
13  BY MR. BRADY:
14  Q.    DID YOU AGREE TO DO THAT?
15  A.    NO.
16  Q.    DID YOU EVER DISCUSS WITH MR. WEXLER ANY
17  KIND OF CONVERSATIONS YOU HAD WITH DONALD TRUMP?
18  A.    I DON'T REMEMBER.
19  Q.    DO YOU RECALL IF YOU EVER TOLD MR. WEXLER
20  YOU WERE BARRED FROM EXPRESSING ANY OPINIONS TO
21  HIM BECAUSE OF AN AGREEMENT YOU HAD WITH DONALD
22  TRUMP?
23  A.    NO.
24  Q.    NO YOU DON'T RECALL THAT OR NO YOU DIDN'T
25  SAY THAT?
```