NEW YORK POST, THURSDAY, SEPTEMBER 26, 1991

## The darker side of The Donald

WHILE most of the media chase Kim "Alley Cat" Alley and Marla Maples around Gotham, Donald Trump will be having a quiet date with an attorney. A federal magistrate ordered the Trumper to appear for a deposition from noon to 2 p.m. today in his Trump Tower offices in a $675-million class-action suit filed against him by Taj Mahal bondholders — over a "false and misleading" prospectus — in August 1990. Though a tentative settlement was reached, the bondholders' legal team, headed by Stuart Wechsler, declined to accept until the casino conjured up Trump. "I've been trying to get his deposition for six months," says Wechsler. "I've finally got him cornered." Wechsler says he expects "fireworks" at the deposition, adding: "We want to look into the question of whether the [Taj business] projections on which the settlement was based differ from the actual results. I have reason to believe that they don't seem to match up." Trump called the case "a routine matter" and "without merit." And though the magistrate's order came early last week, he denied that his latest breakup with Marla was a ploy to divert the press from negative business coverage. Trump followers may remember that the last split came just as The Donald was sweating the N.J. Casino Control Commission's decision on whether he would keep the Trump Castle license. Even astrologer Joyce Jillson opined that Donald's breakup du jour "may have been calculated... because he wants to take the attention off some very bad financial news that will be revealed between now and the end of October."