Case 1:90-mc-00919-JBS   Document 45-18   Filed 10/21/91   Page 1 of 2 PageID: 1670



| JIM FLORIO<br>GOVERNOR<br><br>STEVEN P. PERSKIE<br>CHAIRMAN | **State of New Jersey**<br>CASINO CONTROL COMMISSION<br>TENNESSEE AVENUE AND BOARDWALK<br>ARCADE BUILDING<br>ATLANTIC CITY, NEW JERSEY 08401 | VALERIE H. ARMSTRONG<br>VICE CHAIR<br><br>FRANK J. DODD<br>JAMES R. HURLEY<br>W. DAVID WATERS<br>COMMISSIONERS<br><br>(609) 441-3422 |

October 16, 1991

    The New Jersey Casino Control Commission certifies that the attached is a true and correct copy of the index to exhibits concerning the 1987 and 1988 hearings before the Commission regarding Resorts International and the Taj Mahal Casino & Hotel. All one hundred and twenty of the exhibits listed on the attached index, except for documents which are marked sealed, were available for review or copying on or before November 9, 1988 by any member of the public who wished to visit the Commission. The New Jersey Casino Control Commission also would have provided copies and an index to any member of the public who made such a request by telephone.

                                                    Joseph A. Papp<br>
                                                    Executive Secretary

New Jersey Casino Control Commission
Hearing on the Petition of Resorts International, Inc. of New Jersey
for a Statement of Compliance for Taj Mahal (PRN 273706) and Petition of
Resorts International, Inc., Resorts International Hotel, Inc.,
Resorts International Hotel Financing, Inc., The Trump Hotel Corporation
and Donald J. Trump for Declaratory Rulings (PRN 281707)
Petitioners' Exhibits
November 13, 1987

| Number | Entered | Description | ID | EV |
|---|---|---|---|---|
| P-1 | 11/13/87 | Comprehensive Services Agreement between Resorts International, Inc. and The Trump Hotel Corporation dated October 16, 1987 | | X |
| P-2 | 11/13/87 | License Agreement between Donald J. Trump and The Trump Organization, Inc.; and Resorts International, Inc. dated October 20, 1987 | | X |
| P-3 | 11/13/87 | Engagement Letter (Acceptance Copy) dated July 29, 1987 from Peter R. Tyson, Laventhol & Horwath to H. Steven Norton, Resorts International, Inc. re: Comprehensive Services Agreement | | X |
| P-4 | 11/13/87 | Engagement Letter dated July 29, 1987 from Peter R. Tyson, Laventhol & Horwath to H. Steven Norton, Resorts International, Inc. re: closing of the casino | | X |
| P-5 | 11/13/87 | Resorts International, Inc. discussion of a Service Fee Structure Proposed by The Trump Hotel Corporation report dated August 27, 1987 by Laventhol & Horwath | | X |
| P-6 | 11/13/87 | Prospective Financial Analyses for various ownership and operational services relating to the Resorts International Casino-Hotel and The Taj Mahal Hotel & Casino report dated September 25, 1987 by Laventhol & Horwath | | X |
| P-7 | 11/13/87 | Minutes of a meeting of the Board of Directors of Resorts International, Inc. held on July 28, 1987 | | X |
| P-8 | 11/13/87 | Resume of Chilmark Partners and biography of David M. Schulte | | X |
| P-9 | 11/23/87 | Draft minutes of a meeting of The Committee of Independent Directors of Resorts International, Inc. held on September 10, 1987 | | X |
| P-10 | 11/23/87 | Draft minutes of a meeting of The Committee of Independent Directors of Resorts International, Inc. held on September 17, 1987 | | X |