John J. Barry (JB-0246)
CLAPP & EISENBERG, P.C.
80 Park Plaza
Newark, NJ 07102
(201) 642-3900

Richard L. Posen (RP-3593)
WILLKIE FARR & GALLAGHER
One Citicorp Center
153 East 53rd Street
New York, New York 10022
(212) 935-8000

Attorneys for The Trump
Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------x
                              :
IN RE:                        :
                              :    HON. JOHN F. GERRY
DONALD J. TRUMP CASINO        :    MDL DOCKET NO. 864
SECURITIES LITIGATION --      :
TAJ MAHAL LITIGATION          :    NOTICE OF MOTION
                              :    RETURNABLE MARCH 20, 1992
                              :
------------------------------x

PLEASE TAKE NOTICE that upon the annexed affidavit of Richard L. Posen, the exhibits attached thereto, the accompanying memorandum of law, and all papers previously filed and proceedings held herein, the Trump Defendants in this action will move, pursuant to Rules 9 and 12, Fed. R. Civ. P., before the Honorable John F. Gerry, United States District Judge, in Room 305 of the United States Courthouse, 401 Market Street, Camden, New Jersey 08101, on March 20, 1992 at ____, or as soon thereafter as counsel can be heard, for an order, substantially in the form submitted herewith: (1) dismissing the complaint in its entirety and with

8006E

prejudice; and (2) granting such other and further relief as the Court may deem just and proper.

Dated: January 28, 1992

CLAPP & EISENBERG

By: _____
John J. Barry (JB-0246)
80 Park Plaza
Newark, NJ 17102
(201) 642-3900

WILLKIE FARR & GALLAGHER

By: _____
Richard L. Poser (RP-3593)
153 East 53rd Street
New York, New York 10022
(212) 935-8000

Counsel for The Trump Defendants

TO: Counsel of Record