UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x
                                    :
IN RE:                              :
                                    :   HON. JOHN F. GERRY
DONALD J. TRUMP CASINO              :   MDL DOCKET NO. 864
SECURITIES LITIGATION --            :
TAJ MAHAL LITIGATION                :   ORDER DISMISSING THE
                                    :   COMPLAINT
                                    :
                                    :
------------------------------------x

The above-entitled cause having come before the Court on the Trump Defendants' motion to dismiss the complaint pursuant to Rules 9 and 12 of the Federal Rules of Civil Procedure at a hearing held on March 20, 1992, and the Court having considered all proceedings and papers filed herein,

NOW THEREFORE, it is on this _____ day of March, 1992,

ORDERED that the complaint shall be and hereby is dismissed with prejudice.


Dated:  Camden, New Jersey
        March _____, 1992


                                        _____
                                        JOHN F. GERRY
                                        United States District Judge