Richard L. Posen (RP-3593)
WILLKIE FARR & GALLAGHER
One Citicorp Center
153 East 53rd Street
New York, New York 10022
(212) 935-8000

Attorneys for The Trump
Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x
                                    :
IN RE:                              :
                                    :   HON. JOHN F. GERRY
DONALD J. TRUMP CASINO              :   MDL DOCKET NO. 864
SECURITIES LITIGATION --            :
TAJ MAHAL LITIGATION                :   AFFIDAVIT OF
                                    :   RICHARD L. POSEN
                                    :
------------------------------------x

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

   RICHARD L. POSEN, being duly sworn, deposes and says:

   1. I am a member of the Bar of the State of New York and various federal courts including the United States Court of Appeals for the Third Circuit, and I am a member of the firm of Willkie Farr & Gallagher, counsel for the Trump Defendants in this action. I am admitted pro hac vice before this Court in this matter. I submit this affidavit in support of the Trump Defendants' motion to dismiss the complaint.

   2. Attached as Exhibit A to this Affidavit is a true and correct copy of the Prospectus for Trump Taj Mahal Inc.'s issuance of $625 million of 14% First Mortgage Bonds, Series A, due 1998.