UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------------ X

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

IN RE DONALD J. TRUMP CASINO
  SECURITIES LITIGATION                 :

:

THIS DOCUMENT RELATES TO:          MDL Docket No. 864
  ALL TAJ MAHAL CASES                      :

------------------------------------------------------------------ X

## NOTICE OF
## CHANGE OF ADDRESS

PLEASE TAKE NOTICE that as of August 1, 1993, Zwerling, Schachter & Zwerling has relocated its New York City office to:

767 Third Avenue
New York, New York 10017-2023

PLEASE TAKE FURTHER NOTICE that all papers to be served in the within action should be directed to Zwerling, Schachter & Zwerling at the address set forth herein.

DATED:  New York, New York
            August 9, 1993

ZWERLING, SCHACHTER & ZWERLING
Attorneys for Plaintiffs
767 Third Avenue
New York, NY 10017-2023
(212) 223-3900

TO:     See attached Affidavit of Service

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK )

NICOLE EHLERS, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Queens County;

On the 9th day of August, 1993, I served the annexed **NOTICE OF CHANGE OF ADDRESS** by first class mailed to:

Edward Labaton, Esq.
Goodkind Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY  10117

Stuart D. Wechsler, Esq.
Wechsler Skirnick Harwood Halebian & Feffer
555 Madison Avenue
New York, New York 10022

Carl D. Poplar, Esq.
1010 Kings Highway South
Cherry Hill, NJ  08034

Gerald J. Rodos, Esq.
Robert A. Hoffman
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103

Stanley R. Wolfe, Esq.
Todd S. Collins, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Joseph H. Weiss, Esq.
Law Offices of Joseph H. Weiss
319 Fifth Avenue
New York, NY  10016

Michael A. Cohan, Esq.
Cohan & Eckhaus
21 Ernston Road
P. O. Box 200
Parlin, NJ 08859

Howard A. Spector, Esq.
Spector Law Offices, P. C.
2230 Grant Building
Pittsburgh, PA 15219

Bruce E. Gerstein, Esq.
Scott W. Fisher, Esq.
Garwin, Bronzaft, Gerstein & Fisher
1501 Broadway
New York, NY 10036

Mark C. Rifkin, Esq.
Chimicles, Burt, Jacobsen & McNew
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041

Charles R. Van De Walle, Esq.
Martin Van De Walle Guarino & Donahue
17 Barstow Road
Great Neck, NY 11021

Jared Stamell, Esq.
Joseph J. Tabacco, Jr., Esq.
Stamell Tabacco & Schager
55 Madison Avenue, Suite 600
New York, NY 10022

Gene Mesh, Esq.
Robert B. Matusoff, Esq.
Gene Mesh & Associates
3133 Burnett Avenue
P. O. Box 29073
Cincinnati, OH 45229

James V. Bashian, Esq.
500 Fifth Avenue, Suite 2800
New York, NY 10110

Richard L. Posen, Esq.
Willkie Farr & Gallagher
One Citicorp Center
153 East 53rd Street
New York, NY 10022

John J. Barry, Esq.
Clapp & Eisenberg
800 Park Plaza
Newark, NJ 07102

Stuart J. Baskin, Esq.
David T. Bradford, Esq.
Shearman & Sterling
One Citicorp Center
153 East 53rd Street
New York, NY 10022

_____
NICOLE EHLERS

Sworn to before me this
9th day of August, 1993

_____
Notary Public

JILL KUPFERBERG
NOTARY PUBLIC, State of New York
No. 31-4685382
Qualified in New York County
Commission Expires March 25/95