# SHEARMAN & STERLING

FAX: 212-848-5255
212-848-5252
TELEX: 668769 WUI

CITICORP CENTER
153 EAST 53rd STREET
NEW YORK, N.Y. 10022
212 848-4000

(212) 848-4650

LOS ANGELES
SAN FRANCISCO
WASHINGTON, D.C.
TORONTO
LONDON
PARIS
DÜSSELDORF
TOKYO
ABU DHABI

WRITER'S DIRECT DIAL NUMBER:

July 8, 1991

Exhibit C

Todd S. Collins, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19104

re: **Trump Securities Litigation**

Dear Todd:

    As per our discussion, we are prepared to copy and send for your review the documents being produced by Merrill Lynch for confirmatory discovery in this matter. As we discussed, since a final confidentiality agreement has not been agreed by all the parties in this litigation, you have agreed that all documents to be produced to you by Merrill Lynch will be treated as "confidential-attorney's eyes only", and will be seen only by the attorneys in this case until a superseding agreement is entered by the parties in this matter.

    Please sign this letter agreement and send it back to me if this is acceptable to you.

Very truly yours,

David T. Bradford

I agree to abide by the terms of this letter agreement.

_____
Todd S. Collins, Esq.