SUMMARY

*Exhibit E*

RESORTS INTERNATIONAL, INC.
FORECASTED CASH FLOW STATEMENTS
CONSOLIDATED

(in thousands of dollars)

| | 10 Months Ending Dec. 31, 1988 | 13 Months Ending March 31, 1989 | Years Ending December 31, 1989 | 1990 | 1991 |
|---|---|---|---|---|---|
| **SOURCES OF CASH:** | | | | | |
| | | | | | |
| Cash flow from operations:- | | | | | |
| Resorts International Casino Hotel | $51,900 | $60,980 | $9,080 | | |
| The Taj Mahal Hotel & Casino | | | 132,370 | $186,034 | $203,020 |
| Paradise Island operations | 23,787 | 52,105 | 57,197 | 70,399 | 86,300 |
| Showboat lease | 5,515 | 7,179 | 6,905 | 7,252 | 7,613 |
| Corporate and other | (16,350) | (21,185) | (19,340) | (18,500) | (18,800) |
| Affiliated rent and management fee | | | | | |
| | | | | | |
| Total cash from operations | 64,852 | 99,079 | 186,212 | 245,185 | 278,133 |
| Interest income | 23,394 | 27,968 | 11,454 | 11,120 | 16,409 |
| Proceeds from new financing | | | | | |
| -Taj Mahal Mortgage Bonds | 582,000 | 582,000 | 0 | 0 | 0 |
| -Paradise Island | 12,500 | 25,000 | 12,500 | 0 | 0 |
| | | | | | |
| Total sources of cash | 682,746 | 734,047 | 210,166 | 256,305 | 294,542 |
| | | | | | |
| **USES OF CASH:** | | | | | |
| Purchase of Class A Stock | 130,000 | 130,000 | 0 | 0 | 0 |
| Taj Mahal completion costs | 202,093 | 347,863 | 178,657 | 0 | 0 |
| | 332,093 | 477,863 | 178,657 | 0 | 0 |
| | | | | | |
| Debt service:- | | | | | |
| Interest on existing indebtedness | | | | | |
| -Public debt | 72,670 | 93,045 | 76,063 | 74,788 | 73,512 |
| -First Fidelity ($125 million) | 9,375 | 12,500 | 12,500 | 12,165 | 10,491 |
| -Other debt | 341 | 431 | 248 | 116 | 80 |
| Interest on new financing | | | | | |
| -Taj Mahal Mortgage Bonds | 36,000 | 36,000 | 72,000 | 72,000 | 72,000 |
| -Paradise Island | 360 | 740 | 2,235 | 2,500 | 2,500 |
| Sinking fund obligations | 0 | 0 | 12,756 | 12,756 | 12,756 |
| Other principal payments | 2,282 | 2,714 | 1,206 | 665 | 103 |
| Principal payments-First Fidelity | 0 | 0 | 0 | 13,392 | 17,856 |
| | | | | | |
| Total debt service | 121,028 | 145,430 | 177,009 | 188,382 | 189,299 |
| | | | | | |
| CRDA payments | 3,615 | 4,316 | 5,285 | 7,054 | 7,513 |
| Paradise Island renovation and expansion | 12,500 | 25,000 | 12,500 | 0 | 0 |
| Recurring capital expenditures | 5,000 | 8,000 | 12,000 | 12,000 | 12,000 |
| | | | | | |
| Total uses of cash | 474,236 | 660,609 | 385,451 | 207,436 | 208,812 |
| | | | | | |
| Net cash flow | 208,509 | 73,438 | (175,285) | 48,868 | 85,731 |
| Estimated cash | | | | | |
| - beginning of period | 68,546 | 68,546 | 277,056 | 101,771 | 150,639 |
| | | | | | |
| - end of period | $277,055 | $141,984 | $101,771 | $150,639 | $236,370 |

M0009589

RESORTS INTERNATIONAL, INC. & SUBSIDIARIES

Significant Assumptions Underlying

Consolidated Forecasts

March 1, 1988 through December 31, 1991


(1)  Issue $600,000,000 of bonds on April 1, 1988 at 12% interest.
     Issuance costs equal $18,000,000.  Interest payments are
     October 1 and April 1.  No principal payments during the peric
     presented.

(2)  First Fidelity loan of $125,000,000 remains outstanding until
     June 1, 1990, when it switches to a term loan amortizing in
     equal principal payments over 28 quarters.  Interest is at 10%

(3)  Borrow $25,000,000 from a bank for Paradise Island renovations
     and expansions at 10% interest.  $12,500,000 borrowed and
     expended during the third quarter of 1988 and $12,500,000
     borrowed and expended during the first quarter of 1989.  No
     principal repayments during the period presented.

(4)  Taj Mahal budgeted construction costs total $641,850,000
     (excluding land, capitalized interest, pre-opening costs and
     working capital).  Construction expenditures on Taj Mahal
     totaled approximately $341,000,000 on February 29, 1988 and
     remaining budget for construction is $300,850,000.  Budgeted
     pre-opening costs total $33,400,000 (of which we had expended
     approximately $1,000,000 at February 29, 1988) and budgeted
     expenditures for working capital total $27,500,000.

(5)  Taj Mahal is completed and opens on April 1, 1989.  Resorts
     Casino Hotel is merged with the Taj Mahal as of April 1, 1989
     and the old Resorts Casino is closed.

(6)  Corporate expense includes $3,600,000 per year that will
     normally be allocated to Resorts Casino Hotel, in accordance
     with our normal accounting policies.

(7)  Excess cash is invested in short-term money market securities
     earning 8% interest.

(8)  No federal or state income taxes will be payable during the
     period presented as the Company expects to be in a net
     operating loss position for tax purposes.

(9)  The construction fee payable to the Trump Hotel Corporation is
     paid currently, commencing in May 1988.

(10) Future proceeds from sales of real estate and aircraft, which
     are not currently being used in the Company's operations, are
     not included in these projections.

(11) Showboat rent increases on April 1 for increases in the
     Consumer Price Index.  Assumed Consumer Price Index increases
     5% per year.

M0009601