## CAPITALIZATION OF INCOME APPROACH (Continued):

### Ia. Mahal: Income and Expense Projections

Exhibit F

| Calendar Year | 365 Days | | Year 1 | | Year 2 | | Year 3 | |
|---|---|---|---|---|---|---|---|---|
| Casino Revenue: SF/Year | | | 3,999 | | 4,522 | | 4,812 | |
| Occupancy Rate | | | 88.00% | | 88.00% | | 88.00% | |
| Average Room Rate | | | $95.00 | | $99.75 | | $104.74 | |
| Room Growth Rate | 5.00% | | | | | | | |
| | | % of Casino Revenue | Amount | % | Amount | % | Amount | % |
| **Revenue:** | | | | | | | | |
| Casino Revenue | | N/A | 479,849,538 | 79.1% | 542,639,66- | 79.4% | 577,399,089 | 79. |
| Food & Beverage | | 15.00% | 71,977,431 | 11.9% | 81,395,95: | 11.9% | 86,609,843 | 11. |
| Guest Rooms | | N/A | 38,356,098 | 6.3% | 40,273,903 | 5.9% | 42,287,598 | 5.: |
| Other | | 3.50% | 16,794,73- | 2.8% | 18,992,38? | 2.8% | 20,208,968 | 2.: |
| Gross Potential Total Revenue | | N/A | 606,977,801 | 100.0% | 683,301,90- | 100.0% | 726,505,519 | 100.: |
| Promotional Allowance | | 14.00% | 67,178,935 | 14.0% | 75,969,553 | 14.0% | 80,835,873 | 14.: |
| Casino Bad Debt | | 1.00% | 4,798,495 | 1.0% | 5,426,397 | 1.0% | 5,773,991 | 1.( |
| **EFFECTIVE TOTAL REVENUE** | | | 535,000,370 | 15.0% | 601,905,955 | 15.0% | 639,895,655 | 15.( |
| Departmental Costs & Expenses: | % of Dept Revenue | | | % of T. Inc. | | | | |
| Casino - 5.00% Expense Growth Rate | | | 153,551,852 | 28.70% | 161,229,445 | 26.79% | 169,290,917 | 26.4 |
| Casino Revenue Tax | | 8.00% | 38,004,083 | 7.10% | 42,977,061 | 7.14% | 45,730,008 | 7.1! |
| C.R.D.A. Payments | | 1.25% | 5,938,138 | 1.11% | 6,715,166 | 1.12% | 7,145,314 | 1.1: |
| Food & Beverage | | 85.00% | 61,180,816 | 11.44% | 69,186,557 | 11.49% | 73,618,38- | 11.5( |
| Rooms | | 35.00% | 13,424,634 | 2.51% | 14,095,86< | 2.34% | 14,800,659 | 2.3' |
| Other | | 120.00% | 20,153,681 | 3.77% | 22,790,86< | 3.79% | 24,250,762 | 3.7: |
| Total Departmental Costs & Expenses: | | | 292,253,205 | 54.63% | 316,994,961 | 52.67% | 334,836,044 | 52.3: |
| Departmental Income: | | | 242,747,165 | 45.4% | 284,910,994 | 47.3% | 305,059,612 | 47.' |
| Undistributed Operating Exp.: | | Growth Rate / Ratio | | | | | | |
| Administrative & General | Ratio | 6.00% | 32,100,022 | 6.00% | 36,114,357 | 6.00% | 38,393,739 | 6.0( |
| Marketing | Ratio | 3.50% | 18,725,013 | 3.50% | 21,066,708 | 3.50% | 22,396,348 | 3.5( |
| Property Oper. & Maint. | Ratio | 5.00% | 26,750,019 | 5.00% | 30,095,298 | 5.00% | 31,994,783 | 5.0( |
| Energy | G.R. | 5.00% | 5,200,000 | 0.97% | 5,460,000 | 0.91% | 5,733,000 | 0.9% |
| Total Undistributed Operating Exp.: | | | 82,775,054 | 15.47% | 92,736,363 | 15.41% | 98,517,870 | 15.4: |
| Gross Operating Profit | | | 159,972,112 | 29.90% | 192,174,630 | 31.93% | 206,541,742 | 32.2( |
| **Fixed Charges:** | | Growth Rate / Ratio | | | | | | |
| Real Estate Taxes | G.R. | 5.00% | 15,000,000 | 2.80% | 15,750,000 | 2.62% | 16,537,500 | 2.5! |
| Insurance | G.R. | 5.00% | 6,000,000 | 1.12% | 6,300,000 | 1.05% | 6,615,000 | 1.0: |
| Management | Ratio | 2.00% | 10,700,007 | 2.00% | 12,038,119 | 2.00% | 12,797,913 | 2.0( |
| Reserves | Ratio | 2.00% | 10,700,007 | 2.00% | 12,038,119 | 2.00% | 12,797,913 | 2.0( |
| Total Fixed Charges | | | 42,400,015 | 7.93% | 46,126,238 | 7.66% | 48,748,326 | 7.6: |
| **NET OPERATING INCOME** | | | 117,572,097 | 21.98% | 146,048,392 | 24.26% | 157,793,416 | 24.6< |

APPRAISAL GROUP International

MC009830

APPRAISAL OF

# TAJ MAHAL HOTEL AND CASINO

# ATLANTIC CITY, NEW JERSEY

Prepared For

The Trump Organization

725 Fifth Avenue
New York, New York


EXHIBIT # VEBR-8
DATE 1-17-91 VEB

APPRAISAL GROUP International            M0008710

## CAPITALIZATION OF INCOME APPROACH (Continued):

### Total Income and Expense Projections

| | | | Year 4 | | Year 5 | | Year 6 | |
|---|---|---|---|---|---|---|---|---|
| Casino Floor Area | 120,000 S.F. | | | | | | | |
| Total Guest Rooms | 1257 | | | | | | | |
| Calendar Year | 365 Days | | | | | | | |
| Casino Revenue: SF/Year | | | 5,197 | | 5,275 | | 5,697 | |
| Occupancy Rate | | | 88.00% | | 88.00% | | 88.00% | |
| Average Room Rate | | | $109.97 | | $115.47 | | $121.25 | |
| Room Growth Rate | | 5.00% | | | | | | |
| | | % of Casino Revenue | Amount | % | Amount | % | Amount | % |
| **Revenue:** | | | | | | | | |
| Casino Revenue | | N/A | 623,591,016 | 79.6% | 632,953,659 | 79.4% | 683,589,952 | 79.6% |
| Food & Beverage | | 15.00% | 93,538,652 | 11.9% | 94,943,049 | 11.9% | 102,538,493 | 11.9% |
| Guest Rooms | | N/A | 44,401,978 | 5.7% | 46,622,077 | 5.9% | 48,953,181 | 5.7% |
| Other | | 3.50% | 21,825,686 | 2.8% | 22,153,378 | 2.8% | 23,925,648 | 2.8% |
| Gross Potential Total Revenue | | N/A | 783,357,332 | 100.0% | 796,672,163 | 100.0% | 859,007,273 | 100.0% |
| Promotional Allowance | | 14.00% | 87,302,742 | 14.0% | 88,613,512 | 14.0% | 95,702,593 | 14.0% |
| Casino Bad Debt | | 1.00% | 6,235,910 | 1.0% | 6,329,537 | 1.0% | 6,835,900 | 1.0% |
| EFFECTIVE TOTAL REVENUE | | | 689,818,680 | 15.0% | 701,729,114 | 15.0% | 756,468,781 | 15.0% |
| **Departmental Costs & Expenses:** | | % of Dept Revenue | | | | | | |
| Casino - | 5.00% Expense Growth Rate | | 177,755,463 | 25.77% | 186,643,236 | 26.60% | 195,973,398 | 25.91% |
| Casino Revenue Tax | | 8.00% | 49,388,409 | 7.16% | 50,129,930 | 7.14% | 54,160,324 | 7.16% |
| C.R.D.A. Payments | | 1.25% | 7,716,939 | 1.12% | 7,832,802 | 1.12% | 8,459,426 | 1.12% |
| Food & Beverage | | 85.00% | 79,507,855 | 11.53% | 80,701,592 | 11.50% | 87,157,719 | 11.52% |
| Rooms | | 35.00% | 15,540,692 | 2.25% | 16,317,727 | 2.33% | 17,133,613 | 2.26% |
| Other | | 120.00% | 26,190,823 | 3.80% | 26,584,054 | 3.79% | 28,710,778 | 3.80% |
| Total Departmental Costs & Expenses: | | | 356,100,180 | 51.62% | 368,209,339 | 52.47% | 391,577,258 | 51.76% |
| Departmental Income: | | | 333,718,500 | 48.4% | 333,519,774 | 47.5% | 364,891,523 | 48.2% |
| **Undistributed Operating Exp.:** | | Growth Rate Ratio | | | | | | |
| Administrative & General | Ratio | 6.00% | 41,389,121 | 6.00% | 42,103,747 | 6.00% | 45,388,127 | 6.00% |
| Marketing | Ratio | 3.50% | 24,143,654 | 3.50% | 24,560,519 | 3.50% | 26,476,407 | 3.50% |
| Property Oper. & Maint. | Ratio | 5.00% | 34,490,934 | 5.00% | 35,086,456 | 5.00% | 37,823,439 | 5.00% |
| Energy | G.R. | 5.00% | 6,076,980 | 0.88% | 6,441,599 | 0.92% | 6,828,095 | 0.90% |
| Total Undistributed Operating Exp.: | | | 106,100,689 | 15.38% | 108,192,320 | 15.42% | 116,516,068 | 15.40% |
| Gross Operating Profit | | | 227,617,812 | 33.00% | 225,327,454 | 32.11% | 248,375,455 | 32.83% |
| **Fixed Charges:** | Growth Rate / Ratio | | | | | | | |
| Real Estate Taxes | G.R. | 5.00% | 17,364,375 | 2.52% | 18,232,594 | 2.60% | 19,144,223 | 2.53% |
| Insurance | G.R. | 5.00% | 6,945,750 | 1.01% | 7,293,038 | 1.04% | 7,657,689 | 1.01% |
| Management | Ratio | 2.00% | 13,796,374 | 2.00% | 14,034,582 | 2.00% | 15,129,376 | 2.00% |
| Reserves | Ratio | 2.00% | 13,796,374 | 2.00% | 14,034,582 | 2.00% | 15,129,376 | 2.00% |
| Total Fixed Charges | | | 51,902,872 | 7.52% | 53,594,796 | 7.64% | 57,060,664 | 7.54% |
| NET OPERATING INCOME | | | 175,714,939 | 25.47% | 171,732,658 | 24.47% | 191,314,791 | 25.29% |

-213-

APPRAISAL GROUP International

M0008931