**CONFIDENTIAL**                                                    1

C O N F I D E N T I A L

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - -x

In Re:                                          :

DONALD J. TRUMP CASINO SECURITIES               : MDL Docket
LITIGATION                                        No. 864
                                                :
This Document Relates To:
TAJ MAHAL LITIGATION                            :

- - - - - - - - - - - - - - - - - -x

Exhibit I

September 26, 1991
12:10 p.m.

Deposition of DONALD J. TRUMP, taken by Taj Mahal Bondholders, pursuant to order, at Trump Tower, 725 Fifth Avenue, New York, New York, before Charleane M. Heading, a Shorthand Reporter and Notary Public within and for the State of New York.

## Doyle Reporting, Inc.
CERTIFIED STENOTYPE REPORTERS

Total Litigation Support

WALTER SHAPIRO, CSR
CHARLES SHAPIRO, CSR

369 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
(212) 867-8220

```
 1                        Trump                         14
 2        Q.    Mr. Trump, I asked if you prepared
 3   any document.
 4              MR. POSEN:   Personally?
 5        Q.    Personally any document.
 6        A.    No.
 7        Q.    Did you or anyone in connection with
 8   the Taj have any document prepared to support the
 9   projections?
10        A.    I don't know.
11        Q.    At the time the prospectus became
12   effective, were you aware of any reports prepared
13   by Laventhol & Horwath regarding the operations
14   and prospective operations of the Taj?
15        A.    I'm vaguely familiar with it.  It was
16   so long ago it's very hard to remember.  I think
17   that it was done for Resorts International.
18        Q.    Yes.
19        A.    That was so long ago, I mean, that
20   was many years ago.  I just don't remember.
21        Q.    Did you ever see it?
22        A.    I don't know.  I just -- I had had
23   heard that it was done but it's just so long ago,
24   it's impossible to remember.
25        Q.    At the time the prospectus became
```

```
 1                    Trump                    15
 2   effective, did you know that there at sometime was
 3   such a report?
 4              MR. POSEN:  Did you know it then,
 5        not today?
 6        A.   I believe so but it's just vaguely
 7   familiar to me.
 8        Q.   Did you attempt to obtain a copy of
 9   it?
10        A.   I don't remember.
11        Q.   Have you ever spoken to a gentleman
12   by the name of Marvin Roffman?
13        A.   Yes.
14        Q.   Are you aware that he testified
15   yesterday in this case?
16        A.   No, I'm not.
17        Q.   Did you ever call Mr. Roffman and
18   request that he say favorable things about the Taj
19   to The Wall Street Journal?
20              MR. POSEN:  Before you respond, Mr.
21        Trump, Mr. Wechsler, can you tell me the
22        relevance of that inquiry to this
23        deposition?
24              MR. WECHSLER:  I don't really have
25        to.  I have a limited two hours now and I
```

DOYLE REPORTING, INC.