#61

Carl D. Poplar, Esq. (CP-4791)
1010 Kings Highway South
Cherry Hill, New Jersey  08034
(609)  795-5560

Liaison Counsel for Plaintiffs

**FILED**

APR 3 0 1992

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY AT 8:30

WILLIAM T. WALSH
CLERK

```
---------------------------------x
IN RE:                           :   HON. JOHN F. GERRY
                                 :   MDL DOCKET NO. 864
DONALD J. TRUMP CASINO           :   CIVIL ACTION NO. 90-MC-919 (JFG)
SECURITIES LITIGATION --         :
TAJ MAHAL LITIGATION             :   MOTION RETURNABLE JUNE 5, 1992
                                 :
                                 :   NOTICE OF MOTION
---------------------------------x
```

PLEASE TAKE NOTICE that upon the annexed affidavit of Stuart D. Wechsler, the exhibits attached thereto, the accompanying memorandum of law, and all papers previously filed and proceedings held herein, Wechsler Skirnick Harwood Halebian & Feffer will move before the Honorable John F. Gerry, United States District Judge, in Room 305 of the United States Courthouse, 401 Market Street, Camden, New Jersey 08101, on June 5, 1992 at 9:30, or as soon thereafter as counsel can be heard, for an order disqualifying Fairmont Financial Corporation as a class representative and its attorneys as class counsel in this action, and such other and further relief as the Court may deem just and proper.

Dated:  April 29, 1992

                                         WECHSLER SKIRNICK HARWOOD
                                         HALEBIAN & FEFFER

By: _____
      Stuart D. Wechsler (SW-4381)
      555 Madison Avenue
      New York, New York  10022
      (212)  935-7400

      Co-Lead Counsel For Plaintiffs

To:  All Counsel of Record