ln CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

Office: Camden

Proceeding Date: 5/1

CHIEF Judge : Gerry

Returnable Date: 03/20/92

Court Reporter: TED FORMAROLI
Other (s) :

Motion Filed : 01/28/92

Title of Case:

Docket # 1-90-mc-00919
Arbitration--Yes__ No_X_

TRUMP SECURITIES MD, Et al v., Et al

FILED
MAY 1 1992
AT 8:30 M
WILLIAM T. WALSH
CLERK

Appearances:

(pla) SIDNEY L. KAUFMAN
-atty(s) MICHAEL A. COHAN
of COHAN & ECKHAUS, ESQS.
HOWARD A. SPECTER
of SPECTER LAW OFFICES, PC

(pla) JEROME SCHWARTZ
-atty(s) MICHAEL A. COHAN
of COHAN & ECKHAUS, ESQS.
EDWARD LABATON
of GOODKIND, LABATON & RUDOFF
GENE MESH
of GENE MESH & ASSOCIATES
ROBERT B. MATUSOFF
of GENE MESH & ASSOCIATES

(pla) PETER STUYVESANT
-atty(s) EDWARD LABATON
of GOODKIND, LABATON & RUDOFF

(pla) SUSAN CAGAN
-atty(s) STUART D. WECHSLER
of WECHSLER, SKIRNICK, HARWOOD, HALEBIAN, & ESQS.
ROBERT S. SCHACHTER, ESQ.,
of ZWERLING, SCHACHTER & ZWERLING
JOEL FETTER, ESQ.

(pla) ERIC CAGAN
-atty(s) STUART D. WECHSLER
of WECHSLER, SKIRNICK, HARWOOD, HALEBIAN, &
ROBERT S. SCHACHTER
of ZWERLING, SCHACHTER & ZWERLING

(pla) DAVID E. DOUGHERTY
-atty(s) STUART D. WECHSLER
of WECHSLER, SKIRNICK, HARWOOD, HALEBIAN, &
ROBERT S. SCHACHTER
of ZWERLING, SCHACHTER & ZWERLING

(pla) JEAN CURZIO
-atty(s) STUART D. WECHSLER
of WECHSLER, SKIRNICK, HARWOOD, HALEBIAN, &
ROBERT S. SCHACHTER, ESQ.
of ZWERLING, SCHACHTER & ZWERLING, ESQS.

(pla) ALEXANDER L. CHARNIS
-atty(s) JARED BENNETT STAMELL
of STAMELL, TABACCO & SCHAGER

(pla) FRED GLOSSNER
-atty(s) CHARLES R. VANDEWALLE
of MARTIN, VAN de WALLE, GUARINO & DONOHUE
GERALD J. RODOS
of BARRACK, RODOS, & BACINE

(pla) HERMAN KRANGEL
-atty(s) CHARLES R. VANDEWALLE
of MARTIN, VAN de WALLE, GUARINO & DONOHUE
GERALD J. RODOS
of BARRACK, RODOS, & BACINE

(pla) ROBERT KLOSS
-atty(s) BRUCE E. GERSTEIN
of GARWIN, BRONZAFT, GERSTEIN, AND FISHER
SCOTT W. FISHER
of GARWIN, BRONZAFT, GERSTEIN, AND FISHER

(pla) HELEN KLOSS
-atty(s) BRUCE E. GERSTEIN
of GARWIN, BRONZAFT, GERSTEIN, AND FISHER
SCOTT W. FISHER
of GARWIN, BRONZAFT, GERSTEIN, AND FISHER

(pla) FAIRMONT FINANCIAL
-atty(s) RICHARD D. GREENFIELD
of GREENFIELD & CHIMICLES, ESQS.
MARK C. RIFKIN, ESQ.

(pla) JOANNE GOLLOMP
-atty(s) RICHARD D. GREENFIELD
of GREENFIELD & CHIMICLES

(ntc) MDL PANEL
-atty(s) MDL PANEL

(dft) DONALD J. TRUMP
-atty(s) RICHARD L. POSEN, ESQ.
of WILKIE, FARR & GALLAGHER, ESQS.

(dft) TRUMP'S CASTLE FUND

-atty(s) JOHN LEWIS LASKEY
of CLAPP & EISENBERG
JOHN J. BARRY, ESQ.
of CLAPP & EISENBERG, ESQS.

(dft) TRUMP TAJ MAHAL, IN
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) JOHN O'DONNELL
-atty(s) RICHARD L. POSEN

of WILKIE, FARR & GALLAGHER

(dft) ROBERT S. TRUMP
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) NATHAN KATZ
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) TIM MALAND
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) FRANCISCO TEJEDA
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) JULIAN MENARGUEZ
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) HARVEY I. FREEMAN
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) PAUL HENDERSON
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) PATRICK C. MCKOY
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) EDWARD M. TRACY
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) MICHAEL S. VAUTRIN
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) JEFFREY A. ROSS
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) JOHN P. BELISLE
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) TIMOTHY G. ROSE
-atty(s) RICHARD L. POSEN
of WILKIE, FARR & GALLAGHER

(dft) LORI TAYLOR
-atty(s) LORI TAYLOR

(dft) C. "BUCKY" WILLARD
-atty(s) C. "BUCKY" WILLARD

(dft) TRUMP ORGANIZATION
-atty(s) RICHARD L. POSEN
BERGER & MONTAGUE, ESQS,
TODD COLLINS, ESQ.
of WILKIE, FARR & GALLAGHER

(dft) MERRILL LYNCH
-atty(s) DAVID T. BRADFORD
~~of SHEARMAN & STERLING~~, ESQS.
STUART J. BASKIN, ESQ.
of SHEARMAN & STERLING

Nature of Proceedings:

HEARING ON ~~Notice of~~ MOTION to dismiss consolidated amended complaint by MERRILL LYNCH in 1:90-mc-00919, Motion hearing set for 3/20/92 on [51-1] motion with Affidavit of Service .
(MEMO) (ORAL ARGUMENT REQUESTED)

AND ~~Notice of~~ MOTION to dismiss consolidated amended complaint by HARVEY I. FREEMAN in 1:90-mc-00919, TRUMP TAJ MAHAL, INC in 1:90-mc-00919, TRUMP ORGANIZATION in 1:90-mc-00919, ROBERT S. TRUMP in 1:90-mc-00919, DONALD J. TRUMP in 1:90-mc-00919, TRUMP TAJ MAHAL ASSO in 1:90-mc-00919, TRUMP TAJ MAHAL FUND in 1:90-mc-00919, Motion hearing set for 3/20/92 on [52-1] motion with Affidavit of Richard Posen .
(MEMO)

Adjourned To: ________ Time Commenced: ________ Time Adjourned: ________

DECISION RESERVED

Patrick H. Ronga
Deputy Clerk

Disposition:

PLEASE INDICATE ONLY THE NAME OF THE PARTY YOU REPRESENT.

NAME OF CASE: TRUMP SECURITIES
CIVIL NO. 90-919 (MDL 850)

(PLEASE PRINT)

Date of ~~Conference~~: HEARING 5/1/92

Time: 2 P.M.

| Law Firm | Name of Attorney | NAME OF YOUR CLIENT - Indicate if plaintiff, defendant, third-party defendant, etc. |
| --- | --- | --- |
| ✓ WILLKIE FARR + GALLAGHER | RICHARD POSEN | TRUMP + AFFILIATES |
| ✓ CLAPP + EISENBERG | JOHN BARRY | " " |
| ✓ Shearman + Sterling | Stuart Baskin | Merrill Lynch |
| ✓ Zwerling Schachter + Zwerling | Robert Schachter | Plaintiffs |
| ✓ Wechsler Skirnick | Joel C. Feffer | Plaintiffs |
| ✓ GREENFIELD + CHIMICLES | MARK K. RIFKIN | PLAINTIFFS |
| Berger & Montague | Todd Collins | Plaintiffs |