#72

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
CLERK
MAY 21 9 49 AM '92
U.S. DISTRICT COURT

IN RE:

DONALD J. TRUMP CASINO SECURITIES LITIGATION -- TRUMP CASTLE AND TRUMP PLAZA ACTIONS

CIVIL ACTION
MDL DOCKET NO. 864
CLASS ACTION

AFFIDAVIT OF SERVICE

Misc. 90-919

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

IRENE M. KOCH, being duly sworn, deposes and says:

I am a member of the Bar of the State of New York and that on the 20th day of May, 1992, I caused to be served a true copy of the Affidavit of Irene M. Koch, by first class mail, upon:

FILED
MAY 21 1992
AT 8:30 M
WILLIAM T. WALSH
CLERK

Edward Labaton, Esq.
Goodkind Labaton Rudoff & Sucharow
122 East 42nd Street
New York, New York 10168

John J. Barry, Esq.
Clapp & Eisenberg
One Newark Center
Newark, New Jersey 07102

Irene M Koch
Irene M. Koch

Sworn to before me this
20th day of May 1992

W. LaBier Jones
Notary Public

W. LABIER JONES
Notary Public, State of New York
No. 31-4377354
Qualified in New York County
Commission Expires 11/17/92