FILED

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

JUN 2 1992

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

|  |  |
|---|---|
| IN RE: | : |
| DONALD J. TRUMP CASINO SECURITIES LITIGATION -- TAJ MAHAL LITIGATION | : MDL 864 (JFG)<br>:<br>: (Civil Action No. 90-0919)<br>: |

ORDER

This matter having come before the court upon motion of defendants Donald J. Trump, Robert S. Trump, Harvey S. Freeman, The Trump Organization, Inc., Taj Mahal Funding, Inc., Trump Taj Mahal Inc. and Trump Taj Mahal Associates Limited (collectively "the Trump defendants"), and of defendant Merrill, Lynch, Pierce, Fenner & Smith for dismissal pursuant to Fed. R. Civ. P. 12(b)(6), and the court having considered the submissions, and for good cause shown;

It is, this 2nd day of June, 1992, hereby ORDERED that defendants' motion is GRANTED, and the complaint is hereby DISMISSED with prejudice.

_____
JOHN F. GERRY, CHIEF JUDGE