IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
-------------------------------x
IN RE:                         :    HON. JOHN F. GERRY
                               :    MDL DOCKET NO. 864
DONALD J. TRUMP CASINO         :    CIVIL ACTION NO. 90-MC-919 (JFG)
SECURITIES LITIGATION          :
TAJ MAHAL LITIGATION           :
                               :
-------------------------------x
                               :
This Document Relates To:      :
TAJ MAHAL LITIGATION           :
                               :
-------------------------------x
```

FILED

JUN 24 1992

At 8:30_____M
WILLIAM T. WALSH
CLERK

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Joanne Gollomp, Susan Cagan, Eric Cagan, David E. Dougherty, Jean Curcio, Robert and Helen Kloss, Fred Glosser, Herman Krangel, Sidney Kaufman, and Jerome Schwartz, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for

the Third Circuit from this Court's Order, dismissing plaintiffs' complaint with prejudice, entered in this action on June 3, 1992.

Dated:    June 23, 1992

                WECHSLER SKIRNICK HARWOOD
                  HALEBIAN & FEFFER

By: _____
    Stuart D. Wechsler (SW-4381)
    555 Madison Avenue
    New York, NY  10022
    (212)  935-7400

    GREENFIELD & CHIMICLES

By: _____
    Richard D. Greenfield (RG-4046)
    C. Oliver Burt, III
    Mark C. Rifkin (MR-0904)
    One Haverford Centre
    Haverford, Pennsylvania  19041
    (215)  642-08500

    Carl D. Poplar
    Building 1 - Suite C
    1010 Kings Highway South
    Cherry Hill, NJ  08034
    (609)  795-5560

    PLAINTIFFS' LIAISON COUNSEL

BARRACK, RODOS & BACINE
Leonard Barrack
Gerald J. Rodos
1845 Walnut Street
Suite 2100
Philadelphia, PA  19103
(215) 963-0600

BERGER & MONTAGUE
Stanley R. Wolfe
Todd A. Collins
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000

ZWERLING SCHACHTER & ZWERLING
Robert S. Schachter
800 Third Avenue
New York, NY  10022
(212) 223-3900

EXECUTIVE COMMITTEE OF
PLAINTIFFS' COUNSEL

GARWIN BRONZAFT GERSTEIN & FISHER
Bruce E. Gerstein
1501 Broadway, 14th Floor
New York, NY  10036
(212) 398-0055

MARTIN VAN DE WALLE GUARINO & DONOHUE
Charles V. Van de Walle
17 Barstow Road
Great Neck, NY  11021
(516) 482-6100

STAMELL TABACCO & SCHAGER
Jared Stamell
Joseph J. Tabacco, Jr.
555 Madison Avenue
New York, NY  10022
(212) 752-9222

LAW OFFICES OF JOSEPH H. WEISS
Joseph H. Weiss
319 Fifth Avenue
New York, NY  10016
(212) 532-4171

COHAN & ECKHAUS
Michael A. Cohan
21 Ernston Road
P. O. Box 200
Parlin, NJ  08859
(908)  727-8440

GENE MESH & ASSOCIATES
Robert B. Matusoff
P. O. Box 200
Parlin, NJ  08859
(513) 221-8800

LAW OFFICES OF JAMES V. BASHIAN
James V. Bashian
500 Fifth Avenue, Suite 2800
New York, NY  10110
(212)  921-4110

PLAINTIFFS' COUNSEL

TO:

WILKIE FARR & GALLAGHER
Richard L. Posen
One Citicorp Center
153 East 53rd Street
New York, New York  10022
(212)  935-8000

SHEARMAN & STERLING
Stuart Baskin
David T. Bradford
One Citicorp Center
153 East 53rd Street
New York, New York  10022
(212)  848-4000

CLAPP & EISENBERG
John J. Barry
80 Park Plaza
Newark, New Jersey  07102
(202)  642-3900

DEFENDANTS' COUNSEL

## Certificate of Service

MARK C. RIFKIN hereby certifies that he caused a true and correct copy of this Notice of Appeal to be served upon the following attorneys by first-class mail, postage pre-paid, on this date:

> Richard L. Posen
> WILKIE FARR & GALLAGHER
> One Citicorp Center
> 153 East 53rd Street
> New York, NY  10022
>
> David T. Bradford
> SHEARMAN & STERLING
> One Citicorp Center
> 153 East 53rd Street
> New York, NY  10022
>
> John J. Barry
> CLAPP & EISENBERG
> 80 Park Plaza
> Newark, NJ  07102

Dated:  June 24, 1992

_____
Mark C. Rifkin