84

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>DONALD J. TRUMP CASINO SECURITIES LITIGATION | HON. JOHN F. GERRY<br>MDL DOCKET NO. 864<br>CIVIL ACTION NO. 90-MC-919 (JFG) |
| This Document Relates To:<br>TAJ MAHAL LITIGATION | |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that plaintiffs Joanne Gollomp, Susan Cagan, Eric Cagan, David E. Dougherty, Jean Curzio, Robert and Helen Kloss, Fred Glosser, Herman Krangel, Sidney Kaufman, Jerome Schwartz, Dino Del Zotto, Alexander L. Charnis, and Dorothy Arkell, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's Order, dismissing plaintiffs' complaint with prejudice, entered in this action on June 3, 1992. This

RECEIVED
WILLIAM T. WALSH, CLERK
JUL 1 3 27 PM '92
U.S. DISTRICT COURT
DIST. OF N.J.

FILED
JUL 1 - 1992
AT 8:30 M
WILLIAM T. WALSH
CLERK

Amended Notice of Appeal adds plaintiffs Del Zotto (Civ. 92-621) and Charnis and Arkell (Civ. 90-5052) to the plaintiffs who previously filed the Notice of Appeal on June 24, 1992.

Dated: July 1, 1992

WECHSLER SKIRNICK HARWOOD
HALEBIAN & FEFFER

By: [signature]
Stuart D. Wechsler (SW-4381)
555 Madison Avenue
New York, NY 10022
(212) 935-7400

GREENFIELD & CHIMICLES

By: [signature]
Richard D. Greenfield (RG-4046)
C. Oliver Burt, III
Mark C. Rifkin (MR-0904)
One Haverford Centre
Haverford, Pennsylvania 19041
(215) 642-8500

LEAD COUNSEL FOR
PLAINTIFFS AND THE CLASS

Carl D. Poplar
Building 1 - Suite C
1010 Kings Highway South
Cherry Hill, NJ 08034
(609) 795-5560

PLAINTIFFS' LIAISON COUNSEL

BARRACK, RODOS & BACINE
Leonard Barrack
Gerald J. Rodos
1845 Walnut Street
Suite 2100
Philadelphia, PA 19103
(215) 963-0600

BERGER & MONTAGUE
Stanley R. Wolfe
Todd A. Collins
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

ZWERLING SCHACHTER & ZWERLING
Robert S. Schachter
800 Third Avenue
New York, NY 10022
(212) 223-3900

EXECUTIVE COMMITTEE OF
PLAINTIFFS' COUNSEL

GARWIN BRONZAFT GERSTEIN & FISHER
Bruce E. Gerstein
1501 Broadway, 14th Floor
New York, NY 10036
(212) 398-0055

MARTIN VAN DE WALLE GUARINO & DONOHUE
Charles V. Van de Walle
17 Barstow Road
Great Neck, NY 11021
(516) 482-6100

STAMELL TABACCO & SCHAGER
Jared Stamell
Joseph J. Tabacco, Jr.
555 Madison Avenue
New York, NY 10022
(212) 752-9222

LAW OFFICES OF JOSEPH H. WEISS
Joseph H. Weiss
319 Fifth Avenue
New York, NY 10016
(212) 532-4171

COHAN & ECKHAUS
Michael A. Cohan
21 Ernston Road
P. O. Box 200
Parlin, NJ 08859
(908) 727-8440

GENE MESH & ASSOCIATES
Robert B. Matusoff
P. O. Box 200
Parlin, NJ 08859
(513) 221-8800

LAW OFFICES OF JAMES V. BASHIAN
James V. Bashian
500 Fifth Avenue, Suite 2800
New York, NY 10110
(212) 921-4110

PLAINTIFFS' COUNSEL

TO:

WILLKIE FARR & GALLAGHER
Richard L. Posen
One Citicorp Center
153 East 53rd Street
New York, New York 10022
(212) 935-8000

SHEARMAN & STERLING
Stuart Baskin
David T. Bradford
One Citicorp Center
153 East 53rd Street
New York, New York 10022
(212) 848-4000

CLAPP & EISENBERG
John J. Barry
80 Park Plaza
Newark, New Jersey 07102
(202) 642-3900

DEFENDANTS' COUNSEL

Certificate of Service

MARK C. RIFKIN hereby certifies that he caused a true and correct copy of this Amended Notice of Appeal to be served upon the following attorneys by first-class mail, postage pre-paid, on this date:

Richard L. Posen
WILLKIE FARR & GALLAGHER
One Citicorp Center
153 East 53rd Street
New York, NY 10022

David T. Bradford
SHEARMAN & STERLING
One Citicorp Center
153 East 53rd Street
New York, NY 10022

John J. Barry
CLAPP & EISENBERG
80 Park Plaza
Newark, NJ 07102

Dated: July 1, 1992

Mark C. Rifkin