#89

FILED
AUG 17 1992
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

DONALD J. TRUMP CASINO SECURITIES LITIGATION -- TRUMP CASTLE AND TRUMP PLAZA ACTIONS

CIVIL ACTION
MDL DOCKET NO. 864
CLASS ACTION

JUDGMENT

~~This action came on for hearing before the Court on~~ May 21, 1992, and the issues having been heard and an Order having been duly entered granting final approval of the Settlement and dismissal of the above-captioned consolidated class actions;

It is adjudged that the above-captioned consolidated class actions, specifically;

(a) Stuyvesant et al. v. Trump et al., Civ. Action No. 90-5004 (J.F.G.);

(b) Kaufman v. Trump's Castle et al., Civ. Action No. 90-2349 (J.F.G); and

(c) Schwartz v. Trump's Castle et al., Civ. Action No. 90-2350 (J.F.G.);

be dismissed on the merits, with prejudice, and without costs to any party, in accordance with the Stipulation of Settlement

dated March 5, 1992 and the prior Orders of the Court, which continue in effect in accordance with their terms.

Dated at Camden, New Jersey this 17th day of August, 1992.

U.S.D.J.

ENTERED
on
THE DOCKET
on Sept 1 19 92
WILLIAM T. WALSH, CLERK
By L. Niederhaus
(Deputy Clerk)