FILED

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

No. 92-5350

IN RE: DONALD J. TRUMP CASINO SECURITIES
LITIGATION -- TAJ MAHAL LITIGATION

FILED

NOV - 1993

AT 8:30 _____
WILLIAM T. WALSH
CLERK

SIDNEY L. KAUFMAN, suing individually and on
behalf of a class of persons similarly situated;
JEROME SCHWARTZ, suing individually and on behalf
of a class of persons similarly situated; PETER
STUYVESANT, LTD., on behalf of itself and all
others similarly situated; SUSAN CAGAN; ERIC
CAGAN; DAVID E. DOUGHERTY; JEAN CURZIO; ALEXANDER
L. CHARNIS; DOROTHY ARKELL; FRED GLOSSNER; HERMAN
KRANGEL; ROBERT KLOSS; HELEN KLOSS; FAIRMOUNT
FINANCIAL CORP.; JOANNE GOLLOMP; DINO DEL ZOTTO

v.

TRUMP'S CASTLE FUNDING; TRUMP'S CASTLE ASSOCIATES
LIMITED PARTNERSHIP, a New Jersey Limited Partner-
ship; TRUMP TAJ MAHAL FUNDING, INC., a New Jersey
Corporation; TRUMP TAJ MAHAL ASSOCIATES LIMITED
PARTNERSHIP, a New Jersey Limited Partnership;
DONALD J. TRUMP; ROBERT S. TRUMP; JOHN O'DONNELL;
NATHAN KATZ; TIM MALAND; FRANCISCO TEJEDA; JULIAN
MENARGUEZ; HARVEY I. FREEMAN; PAUL HENDERSON;
PATRICK C. MCKOY; EDWARD M. TRACY; MICHAEL S.
VAUTRIN; JEFFREY A. ROSS; JOHN P. BELISLE; TIMOTHY
G. ROSE; LORI TAYLOR; C. "BUCKY" WILLARD; THE
TRUMP ORGANIZATION, INC.; TRUMP TAJ MAHAL, INC.;
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

(D.C. No. 90-MC-919)

SIDNEY L. KAUFMAN, suing individually and on
behalf of a class of persons similarly situated

v.

TRUMP'S CASTLE FUNDING; TRUMP'S CASTLE ASSOCIATES
LIMITED PARTNERSHIP, a New Jersey Limited Partner-
ship; TRUMP TAJ MAHAL FUNDING, INC., a New Jersey

1

Corporation; TRUMP TAJ MAHAL ASSOCIATES LIMITED
PARTNERSHIP, a New Jersey Limited Partnership;
DONALD J. TRUMP

(D.C. No. 90-02349)

---

JEROME SCHWARTZ, suing individually and on behalf
of a class of persons similarly situated

v.

TRUMP'S CASTLE FUNDING, INC., (A New Jersey
Corporation); TRUMP'S CASTLE ASSOCIATES LIMITED
PARTNERSHIP (A New Jersey Limited Partnership);
TRUMP TAJ MAHAL FUNDING, INC. (A New Jersey
Corporation); TRUMP TAJ MAHAL ASSOCIATES LIMITED
PARTNERSHIP (A New Jersey Limited Partnership);
DONALD J. TRUMP

(D.C. Civil No. 90-02350)

---

PETER STUYVESANT, LTD., on behalf of itself and
all others similarly situated

v.

DONALD J. TRUMP; ROBERT S. TRUMP; JOHN O'DONNELL;
TRUMP PLAZA FUNDING, INC.; NATHAN KATZ; TIM
MALAND; TRUMP PLAZA ASSOCIATES; FRANCISCO TEJEDA;
JULIAN MENARGUEZ; HARVEY I. FREEMAN; PAUL
HENDERSON; PATRICK C. MCKOY; EDWARD M. TRACY;
MICHAEL S. VAUTRIN; JEFFREY A. ROSS; JOHN P.
BELISLE; TIMOTHY G. ROSE; TRUMP'S CASTLE FUNDING,
INC.; LORI TAYLOR; TRUMP'S CASTLE ASSOCIATES
LIMITED PARTNERSHIP

(D.C. Civil No. 90-05004)

---

SUSAN CAGAN; ERIC CAGAN; DAVID E. DOUGHERTY; JEAN
CURZIO

v.

2

DONALD J. TRUMP, ROBERT S. TRUMP; HARVEY I.
FREEMAN; C. "BUCKY" WILLARD; TRUMP TAJ MAHAL
FUNDING, INC.; TRUMP TAJ MAHAL ASSOCIATES LIMITED
PARTNERSHIP; THE TRUMP ORGANIZATION, INC.; TRUMP
TAJ MAHAL INCORPORATED; MERRILL LYNCH, PIERCE,
FENNER & SMITH INCORPORATED

(D.C. Civil No. 90-05051)

---

ALEXANDER L. CHARNIS; DOROTHY ARKELL

v.

DONALD J. TRUMP; ROBERT S. TRUMP; HARVEY I.
FREEMAN; C. "BUCKY" WILLARD; TRUMP TAJ MAHAL
FUNDING, INC.; TRUMP TAJ MAHAL ASSOCIATES LIMITED
PARTNERSHIP; THE TRUMP ORGANIZATION, INC.; MERRILL
LYNCH, PIERCE, FENNER & SMITH INCORPORATED

(D.C. Civil No. 90-05052)

---

FAIRMONT FINANCIAL CORP.; JOANNE GOLLOMP, on
behalf of themselves and all others similarly
situated

v.

DONALD J. TRUMP; HARVEY S. FREEMAN; ROBERT S.
TRUMP; THE TRUMP ORGANIZATION, INC.; MERRILL
LYNCH, PIERCE, FENNER & SMITH INCORPORATED; TRUMP
TAJ MAHAL FUNDING, INC.; TRUMP TAJ MAHAL, INC.;
TRUMP TAJ ASSOCIATES LIMITED PARTNERSHIP

(D.C. Civil No. 91-00018)

---

ROBERT KLOSS; HELEN KLOSS

v.

DONALD J. TRUMP; ROBERT S. TRUMP; HARVEY I.
FREEMAN; C. "BUCKY" WILLARD; TRUMP TAJ MAHAL
ASSOCIATES LIMITED PARTNERSHIP; THE TRUMP

ORGANIZATION, INC.; TRUMP TAJ MAHAL, INC.; MERRILL
LYNCH, PIERCE, FENNER & SMITH INCORPORATED

(D.C. Civil No. 91-0019)

---

FRED GLOSSNER; HERMAN KRANGEL

v.

DONALD J. TRUMP; HARVEY S. FREEMAN; ROBERT S.
TRUMP; THE TRUMP ORGANIZATION, INC.; MERRILL
LYNCH, PIERCE, FENNER & SMITH INCORPORATED; TRUMP
TAJ MAHAL FUNDING, INC.; TRUMP TAJ MAHAL, INC.;
TRUMP TAJ MAHAL ASSOCIATES LIMITED PARTNERSHIP

(D.C. Civil No. 91-00020)

---

DINO DEL ZOTTO

v.

DONALD J. TRUMP; ROBERT S. TRUMP; HARVEY I.
FREEMAN; C. "BUCKY" WILLARD; TRUMP TAJ MAHAL
FUNDING, INC.; TRUMP TAJ MAHAL ASSOCIATES; THE
TRUMP ORGANIZATION, INC.; TRUMP TAJ MAHAL, INC.;
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

(D.C. Civil No. 92-00621)

> Joanne Gollomp, Susan Cagan, Eric Cagan,
> David E. Dougherty, Jean Curzio, Robert
> and Helen Kloss, Fred Glossner, Herman
> Krangel, Sidney Kaufman, Jerome
> Schwartz, Dino Del Zotto, Alexander L.
> Charnis and Dorothy Arkell, on behalf of
> themselves and all others similarly
> situated,
>
> Appellants

---

On Appeal From the United States District Court
for the District of New Jersey
(D.C. Civil Nos. 90-MC-919, 90-02349, 90-02350,

90-05004, 90-05051, 90-05052, 91-00018,
91-00019, 91-00020, 92-00621)

Before: BECKER, ALITO, <u>Circuit</u> Judges
and ATKINS, <u>District Judge</u>*

JUDGMENT

This cause came to be heard on the record from the United States District Court for the District of New Jersey and was argued by counsel on January 29, 1993.

On consideration whereof, it is now here ordered and adjudged by this Court that the judgment of the said District Court filed June 2, 1992 and entered June 17, 1992, be, and the same is hereby affirmed. Costs taxed against appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

P. Douglas Sisk
Clerk

Dated: October 14, 1993

Certified as a true copy and issued in lieu of a formal mandate on November 5, 1993.

Teste: P. Douglas Sisk
Clerk, U. S. Court of Appeals for the Third Circuit.

---

*.    The Honorable C. Clyde Atkins, United States District Judge for the Southern District of Florida, sitting by designation.