Jonathan Plasse (JP 7515)
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017
Tel. (212) 907-0700
Fax (212) 818-0477

Lead Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------x
                              :
In re DONALD J. TRUMP CASINO SECURITIES      : Civil Action No.
LITIGATION—TRUMP CASTLE AND TRUMP PLAZA :   1:90-MC-0919 (JFG)
ACTIONS                       : MDL Docket No. 864
                              :
------------------------------x

**NOTICE OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION
OF RESIDUAL BALANCE OF SETTLEMENT FUND AND
PERMITTING SETTLEMENT ADMINISTRATOR TO DISPOSE OF
<u>ALL CLAIM FORMS AND SUPPORTING DOCUMENTS</u>**

PLEASE TAKE NOTICE that on January 19, 2007, pursuant to the provisions of Fed. R. Civ. P. 23, plaintiffs will move before the judge assigned to hear this case, in the United States District Court, District of New Jersey, at the Mitchell H. Cohen Building and U.S. Courthouse, Fourth & Coopers Streets, Room 1050, Camden, New Jersey, at 10 A.M. or as soon thereafter as counsel may be heard, for an order (1) authorizing the distribution of the residual balance of the Settlement Fund identified in the affidavit of the Claims Administrator, Shandarese Garr of the Garden City Group, Inc.; and (2) permitting the Claims Administrator to dispose of all claim forms submitted in connection with this litigation; or (3) awarding such other relief as the Court deems appropriate, was duly presented to the Court.

PLEASE TAKE FURTHER NOTICE that in support of this motion, plaintiffs shall rely upon the declaration of Jonathan M. Plasse and affidavit of Shandarese Garr, and the file in this action. A proposed order is also being submitted herewith.

Dated: December ___, 2006

Respectfully submitted,

LABATON SUCHAROW
& RUDOFF LLP

By: _____

Jonathan M. Plasse
LABATON SUCHAROW
 & RUDOFF LLP
100 Park Avenue
New York, New York 10017-5563
Tel. (212) 907-0700
Fax (212) 818-0477

*Lead Counsel for Plaintiffs and the Class*