# Exhibit B

#96 FILED
AUG 8 1994
AT 8:30
WILLIAM T. WALSH
CLERK

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re DONALD J. TRUMP  :
CASINO SECURITIES
LITIGATION.           : Civil Action No. 90mc919 (JFG)
                        MDL No. 864
                      :
                      : ORDER

       This matter having come before the court on the motion by the plaintiff class for clarification of certain administrative issues which arose during the administration of the settlement in the above captioned class action, for approval of the claims administrator's fees and expenses, for authorization to distribute the settlement fund and warrants as called for in the settlement, and for an order dismissing and releasing all claims in connection with the litigation, the court having considered the submissions and the oral arguments of the plaintiff class, and for good cause shown,

       It is hereby ORDERED on this      day of August, 1994, that:

       (a) Proofs of Claim submitted by members of the settlement class on or before December 1, 1993 shall be deemed timely filed;

       (b) Claims of "Holders" entitled to warrants under the settlement shall be "rounded" to the nearest whole number to avoid the issuance of fractional shares of warrants;

       (c) Class members who purchased bonds during the Class Period set forth in the settlement, who held Castle Bonds at the

1

close of business on March 5, 1992 shall be deemed Holders entitled to bonds under the settlement, regardless of whether they subsequently sold their bonds;

(d) KPMG Peat Marwick ("Peat Marwick") shall be paid and reimbursed its fees and expenses in the amount of ▓▓▓▓▓▓ (including the anticipated future fees and expenses of $3,865).

(e) the Cash Settlement Fund provided for in the Settlement shall be distributed to the persons identified in the plaintiff class's "List of Eligible Claimants - Cash Settlement Fund" submitted as Exhibit A to the Affidavit of Jonathan Plasse filed with the court on March 17, 1994 ("the Plasse Affidavit");

(f) the Warrants provided for in the Settlement shall be distributed to the persons identified in the "List of Eligible Claimants - Warrants" submitted as Exhibit B to the Plasse Affidavit in proportion to their percentage interest as set forth in the Plasse Affidavit;

(g) the Action is hereby dismissed with prejudice on the merits and without costs as to each and every one of the named defendants in this action and their respective present and former officers, directors, employees, agents, shareholders, attorneys, auditors, representatives, trustees, affiliates, associates, parents, subsidiaries, investment bankers, heirs, executors, administrators, successors and assigns as against plaintiffs and all members of the Class (except those persons who previosly excluded themselves from the Class) (collectively, "the Releasors"). The Releasors release and forever discharge, the

2

defendants and each of their predecessors, successors, past and present directors, officers, trustees, partners, principals, employees, agents, attorneys, solicitors, investment bankers, accountants, independent auditors, heirs, parents, subsidiaries, affiliates and assigns of any of them as to all the Settled Claims, as the term is defined in the Stipulation of Settlement.

```
_____
JOHN F. GERRY, CHIEF JUDGE
UNITED STATES DISTRICT COURT
```