**Exhibit C**

UP TO 8 CLE CREDITS

# 12TH ANNUAL ILEP CONFERENCE

## IN HONOR OF HARVEY GOLDSCHMID

CO-SPONSORED BY COLUMBIA LAW SCHOOL AND THE INSTITUTE FOR LAW AND ECONOMIC POLICY,

AND 

May 5th, 2006 at ATLANTIS
PARADISE ISLAND, BAHAMAS

## "A TEN YEAR RETROSPECTIVE ON LITIGATION 'REFORM'"



Featuring Keynote Speaker
**ARTHUR LEVITT**
—*Former SEC Chairman*

~ *a n d* ~

Dinner Speaker
**HARVEY GOLDSCHMID**
—*Former SEC Commissioner*

# INSTITUTE FOR LAW AND ECONOMIC POLICY (ILEP)
# TWELFTH ANNUAL CONFERENCE

*Co-sponsored by Columbia Law School and the Institute for Law and Economic Policy,*

 and 

Citizens Bank is committed to being the best bank in the country for the class action community. Serving both the plaintiff and defense bars, Citizens Bank offers the premier settlement fund program in the U.S.

The Garden City Group, Inc. (GCG) is the largest settlement administration firm in the country.

## THURSDAY, MAY 4TH, 2006

**7:00pm–9:00pm**
### COCKTAIL RECEPTION

 *Sponsored by Kinsella/Novak Communications, Ltd. and Rust Consulting, Inc.*  *held in conjunction with the National Association of Shareholder and Consumer Attorneys (NASCAT)*

Kinsella/Novak Communications, Ltd. is a nationally recognized legal notification firm specializing in media-based class action and bankruptcy notification programs in the mass tort, consumer and product liability arenas.

Rust Consulting is a leading claims administration firm that delivers comprehensive, cost-effective noticing and administrative settlement services to provide counsel and courts with a single-source solution.

## FRIDAY, MAY 5TH, 2006

**7:30am–8:00am**
### CONTINENTAL BREAKFAST

 *Sponsored by Complete Claims Solutions*

Complete Claims Solutions, Inc. ("CCS") is a leading claims administration firm specializing in securities, antitrust and consumer class action settlements.

**8:00am–9:00am**
### OPENING REMARKS
*Edward Labaton, Esquire*
President of ILEP
Partner, Labaton, Sucharow & Rudoff LLP

### KEYNOTE SPEAKER
*Arthur Levitt*
Former SEC Chairman
Senior Advisor, The Carlyle Group

**9:00am–11:00am**
### I. PSLRA
**Moderator:**
*William Cavanagh*
Partner, Cavanagh & O'Hara

**Presenters:**
*Robert Thompson*
New York Alumni Chancellor Chair;
Professor of Law,
Vandebilt University School of Law

*John C. Coffee*
Adolf A. Berle Professor of Law,
Columbia University Law School

*James D. Cox*
Brainerd Currie Professor of Law,
Duke Univesity School of Law

*Randall Thomas*
John S. Beasley II Professor Of Law
and Business, Director,
Law and Business Program,
Vanderbilt Univesity Law School

**Commentators:**
*Samuel Rudman*
Partner, Lerach Coughlin Stoia
Geller Rudman & Robbins

*Ian Ramsey*
Harold Ford Professor of
Commercial Law Director of the
Centre for Corporate Law and
Securities Regulation,
University of Melbourne Law School

*Damon Silvers*
AFL-CIO,
Associate General Counsel

**11:00am–11:30am**
### COFFEE BREAK

---

**ILEP CONFERENCE**
"A TEN YEAR RETROSPECTIVE ON LITIGATION 'REFORM'"
*Atlantis • Paradise Island, Bahamas*
MAY 5TH, 2006

**Return to:**
Sandra Stein, Esq. & Laura Stein, Esq. Institute for Law & Economic Policy
1845 Walnut Street, 23rd Floor, Philadelphia, PA 19103
(215) 988-9546 • Fax (215) 988-9885 email info: laurasteinesq@yahoo.com

**Tuition:**
Enclosed is a check payable to ILEP—$450 Standard, $350 Citizens Bank Customers,
$175 Jurists, Government Employees, Academics and Senior Lawyers (65 years & older)

Name: _____

Title: _____   Office or Firm: _____

Address: _____

City: _____   State: ___   Zip code: ___

Office phone: ___   Fax number: ___   E-mail address: ___

*Note: Tuition does not include hotel accommodations see reverse side*

### 11:30am–1:00pm

**HEFFLER, RADETICH & SAITTA LLP** *Sponsored by*
*Heffler, Radetich & Saitta LLP*

Heffler, Radetich & Saitta LLP is a CPA firm with a practice concentration in Litigation Support Services, providing both claims administration and tax administration services for class action, securities and anti-trust matters since 1960.

### II. SARBANES–OXLEY ACCOUNTING ISSUES

**Moderator:**

*Edward J. Radetich, Jr., CPA*
Executive Partner
Heffler, Radetich & Saitta LLP

**Presenters:**

*Lynn Turner*
Director for the Center of Quality Financial Reporting, Colorado State University & Former SEC Chief Accountant
Managing Director, Glass, Lewis, & Company, LLC

*Eric Talley*
Ivadelle and Theodore Johnson Professor of Law and Business, Director of the Center for Law, Economics, and Organization; and Director of the Olin Program in Law and Rational Choice
USC Law School & Business School

**Commentators:**

*Lawrence A. Cunningham*
Associate Dean for Academic Affairs, Libby Scholar and Professor of Law and Business Law School, Boston College Law School

*Michael Young*
Partner, Willkie Farr & Gallagher LLP

*Sean Coffey*
Partner, Bernstein Litowitz Berger & Grossman

*Walter Ricciardi*
Deputy Head of Enforcement Division of the SEC

### 1:00pm–2:30pm

### LUNCHEON

**Gilardi & Co., LLC** *Sponsored by*
*Gilardi & Co., LLC*

Gilardi & Co., LLC — Experts in Mass/Class Action Due Process serving the industry for more than 20 years.

**Introductory Remarks**

*Sandra Stein, Esquire*
Executive Vice President, ILEP
Of Counsel, Lerach Coughlin Stoia Geller Rudman & Robbins LLP

### DISCUSSION ON THE IMPLICATIONS OF DURA

*John C. Coffee*
Adolf A. Berle Professor of Law,
Columbia University Law School

*Patrick Coughlin*
Partner, Lerach Coughlin Stoia Geller Rudman & Robbins

**Interlocutor:**

*Jill Fisch*
Alpin J. Cameron Professor of Law
Director, Fordham Center for Corporate, Securities & Financial Law
Fordham University School of Law

### 2:30pm–4:30pm

### III. SARBANES–OXLEY GOVERNANCE ISSUES
(WHO HAS RESPONSIBILITY—FEDERAL VS. STATE ROLES)

**Strategic Claims Services** *Sponsored by*
*Strategic Claims Services*

Strategic Claims Services is a nationally recognized leader in technology driven solutions for administering class action and mass litigation cases.

**Moderator:**

*Sidney Liebesman*
Partner, Grant & Eisenhofer, P.A.

**Presenters::**

*Lawrence Hammermesh*
Professor of Law and Director,
Widener Institute of Delaware Corporate Law,
Widener Univeristy School of Law

*Lucian Bebchuck*
William J. Friedman and Alicia Townsend Friedman Professor of Law, Ecomonics ad Finance, Director, Program on Corporate Governace, Harvard Law School

Co-authored by Assaf Hamdani
Bar Ilan University

**Commentators:**

*Judge Jack Jacobs*
The Supreme Court of the State of Delaware

*R. Frank Balotti*
Member, Richards Layton & Finger, P.A.

*Marc Gross*
Partner, Pomerantz Haudek Block Grossman & Gross LLP

*Joel Seligman*
President, University of Rochester.

### 4:00pm–4:30pm
### COFFEE BREAK

### 4:30pm–6:00pm

### IV. CAFA: CLASS ACTION FAIRNESS ACT

**Moderator:**

*Edward Labaton*
President of ILEP,
Partner, Labaton, Sucharow & Rudoff LLP

**Presenters:**

*Samuel Issacharoff*
Bonnie and Richard Reiss Professor of Constitutional Law
NYU School of Law

*Richard Nagareda*
Professor of Law; Director, Cecil D. Branstetter Litigation & Dispute Resolution Program, Vanderbilt University Law School

**Commentators:**

*Steven Burbank*
David Berger Professor for the Administration of Justice University of Pennsylvania Law School

*Honorable Sidney Stein*
US District Judge, SDNY

*Barbara Hart*
Partner, Labaton Sucharow & Rudoff, LLP

*Gregory P. Joseph*
Partner, Law Offices of Gregory P. Joseph

### 6:15pm–7:00pm
### DINNER

### 7:00pm–7:45pm
### INTRODUCTORY REMARKS

*Joel Seligman*
President, University of Rochester

### INVITED SPEAKER

*Harvey Goldschmid*
Former SEC Commissioner,
Dwight Professor,
Columbia University School of Law

**"MY TIME AT THE SEC: A TENTATIVE APPRAISAL"**

### 7:45pm–8:00pm
### CLOSING REMARKS

*Laura Stein, Esquire*
Special Counsel, ILEP
Attorney, Lerach Coughlin Stoia Geller Rudman & Robbins LLP

Institute for Law & Economic Policy
1845 Walnut Street • 23rd Floor • Philadelphia, PA 19103

# ILEP

TWELFTH ILEP CONFERENCE --- UP TO 8 CLE CREDITS

## A TEN YEAR RETROSPECTIVE ON LITIGATION 'REFORM'



Featuring Keynote Speaker
**ARTHUR LEVITT**

~ and ~



Dinner Speaker
**HARVEY GOLDSCHMID**