**Exhibit D**



# Institute for Law and Economic Policy (ILEP) Conference

## Thursday, April 7, 2005

**6:00pm – 9:00pm**
### Cocktail Reception
*Sponsored by Kinsella Communications, held in conjunction with the National Association of Shareholder and Consumer Attorneys (NASCAT)*

## Friday, April 8, 2005

**7:30am – 8:30am**
### Continental Breakfast
*Sponsored by Complete Claims Solutions*
Complete Claims Solutions, Inc. ("CCS") is a leading claims administration firm specializing in securities, antitrust and consumer class action settlements.

**8:30am – 9:00am**
### Opening Remarks
*Edward Labaton, Esquire*
President of ILEP
Partner, Goodkind Labaton Rudoff & Sucharow LLP

*Joel Seligman*
Dean and Ethan A.H. Shepley University Professor, Washington University School of Law

**9:00am – 10:30am**
### I. Liabilities:
**Moderator:**
*Randall Thomas*
John S. Beasley II Professor of Law and Business, Director, Law and Business Program, Vanderbilt University Law School

**Presenters:**
*Donald Langevoort*
Thomas Aquinas Reynolds Professor of Law, Georgetown University Law Center

**Commentators:**
*Stephen Cutler*
Director, Division of Enforcement, SEC

*Mary Schapiro*
Vice Chairman and President, Regulatory Policy & Oversight, NASD

**10:30am – 11:00am**
### Coffee Break

---

**Registration Form**

**ILEP Conference**
**Mutual Funds, Hedge Funds & Institutional Investors**

*Hyatt Regency • Lake Las Vegas, Nevada*
**April 8 and 9, 2005**

Return to:
Sandra Stein, Esq. & Laura Stein, Esq.
Institute for Law & Economic Policy
1845 Walnut Street, Suite 945,
Philadelphia, PA 19103
(215) 988-9546 • Fax (215) 988-9885
email info: laurasteinesq@yahoo.com

Tuition:
Enclosed is a check payable to ILEP
$450 Standard,
$350 Citizens Bank Customers
$175 Jurists,
Government Employees, Academics and Senior Lawyers (65 years & older)

Name: _____

Title: _____

Office or Firm: _____

Address: _____

City: _____ State: ____ Zip code: ____

Office phone: _____ Fax number: _____

E-mail address: _____

*Note:* Tuition does not include hotel accommodations see reverse side

---

**11:00am – 1:00pm**
### II. Mutual Fund and Institutional Investor Governance:
**Moderator:**
*Edward Labaton, Esquire*
President of ILEP
Partner, Goodkind Labaton Rudoff & Sucharow LLP

**Presenters:**
*James Cox*
Brainerd Currie Professor of Law, Duke University School of Law

*Charles Elson*
Edgar S. Woolard, Jr., Chair, John L. Weinberg Center for Corporate Governance, Lerner College of Business and Economics, University of Delaware

*John Payne*
Professor, Fuqua School of Business, Duke University

**Commentators:**
*R. Franklin Balotti*
Member, Richards, Layton & Finger, P.A.

*Robert Forrest*
CEO, Gilardi & Co., LLC

*Diana Henriques*
Financial Investigative Reporter, The New York Times

*Darren Robbins*
Partner, Lerach Coughlin Stoia Geller Rudman & Robbins LLP

**1:00pm – 1:30pm**
### Luncheon
*Sponsored by Gilardi & Co., LLC*
Gilardi & Co., LLC — Experts in Mass/Class Action Due Process serving the industry for more than 20 years.

**1:30pm – 2:30pm**
**Introductory Remarks:**
*Sandra Stein, Esquire*
Executive Vice President, ILEP
Attorney, Lerach Coughlin Stoia Geller Rudman & Robbins LLP

**Invited Speaker:**
*Senator Harry Reid,* D-NV

Eleventh ILEP Conference

*2:30pm–5:00pm*

### III. CLASS ACTION LITIGATION AND INSTITUTIONAL INVESTORS:

**Moderator:**
*Bill Cavanagh*
Partner, Cavanagh & O'Hara

**Presenters:**
*Jill Fisch*
Director, Fordham Center for Corporate Securities and Financial Law and Alpin J. Cameron Professor of Law,
Fordham University School of Law

*Jeffrey Stempel*
William S. Boyd Professor of Law,
William S. Boyd School of Law,
University of Nevada, Las Vegas

**Commentators:**
*Kevin Abikoff*
Partner, Hughes, Hubbard & Reed LLP

*Mercer Bullard*
Assistant Professor of Law,
The University of Mississippi School of Law
Founder and President,
Fund Democracy

*Thomas Dubbs*
Partner, Goodkind Labaton Rudoff & Sucharow LLP

*Francis McGovern*
Professor of Law,
Duke University School of Law

*Edward Smith*
Vice President,
Laborer's International Union

*6:30pm–7:15pm*

### DINNER

#### Sponsored by Citizens Bank

Citizens Bank is committed to being the best bank in the country for the class action community. Serving both the plaintiff and defense bars, Citizens Bank offers the premier settlement fund program in the U.S.

*7:15pm–8:00pm*

### INVITED KEYNOTE SPEAKER: HARVEY GOLDSCHMID, COMMISSIONER, SEC

---

## SATURDAY, APRIL 9, 2005

*8:00am–9:00am*

### CONTINENTAL BREAKFAST

*9:00am–10:45am*

### IV. NEW REGULATORY STRUCTURE AND INDUSTRY IMPLICATIONS:

**Moderator:**
*Harvey Goldschmid*
Commissioner, SEC

**Presenters:**
*Martin Lybecker*
Partner,
Wilmer Cutler Pickering Hale and Dorr LLP

*Joel Seligman*
Dean and Ethan A.H. Shepley University Professor, Washington University School of Law

**Commentators:**
*John Bogle*
Founder, The Vanguard Group, Inc.
President, Bogle Financial Markets Research Center

*Eric Roiter*
Senior Vice President and General Counsel,
Fidelity Management and Research Company

*10:45am–11:00am*

### COFFEE BREAK

*11:00am–1:00pm*

### V. NEW REGULATORY SCOPE:

**Moderator:**
*Harvey Goldschmid*
Commissioner, SEC

**Presenters:**
*Tamar Frankel*
Professor of Law,
Michaels Faculty Research Scholar,
Boston University School of Law

*Troy Paredes*
Associate Professor of Law,
Washington University School of Law

*Paul Roye*
Director, Division of Investment Management, SEC

**Commentators:**
*Simon Lorne*
Vice Chairman and Chief Legal Officer, Millennium Partners, L.P.

*The Hon. Gerard Lynch*
United States District Judge,
United States District Court,
Southern District of New York

*Paul Stevens*
President, Investment Company Institute

*Richard Walker*
Global General Counsel,
Deutsche Bank Americas;
Formerly General Counsel and Director, Division of Enforcement, SEC

*1:00pm–1:15pm*

### CLOSING REMARKS

*Laura Stein, Esquire*
Special Counsel, ILEP
Attorney, Lerach Coughlin Stoia Geller Rudman & Robbins LLP

ELEVENTH ILEP CONFERENCE — UP TO 15 CLE CREDITS

# APRIL 8 AND 9, 2005
## HYATT REGENCY • LAKE LAS VEGAS, NEVADA

SPONSORED BY
WASHINGTON UNIVERSITY SCHOOL OF LAW,
INSTITUTE FOR LAW AND ECONOMIC POLICY AND


CITIZENS BANK



Washington University School of Law
One Brookings Drive
St. Louis, MO 63130



NONPROFIT ORG
PAID
St. Louis MO
Permit 495



MUTUAL FUNDS, HEDGE FUNDS AND INSTITUTIONAL INVESTORS

## ILEP PROGRAM INFORMATION

### HOTEL ACCOMMODATIONS

As a conference registrant, you may take advantage of a special hotel rate at the Hyatt Regency, Lake Las Vegas, Nevada. [Ph]one 702-567-1234, from April 8th–9th. To do so you [shoul]d identify yourself as a participant in the Institute for [Law a]nd Economic Policy Conference. The rates are $195 [for a s]ingle or a double room. The cutoff date for this rate is [April] 7, 2005 on a space-available basis.

### CONTINUING LEGAL EDUCATION

As a program of Washington University, the conference [will b]e recognized for CLE credit in most states, including [Calif]ornia, Delaware, Florida, Maine, Missouri, New York and [Penn]sylvania. Upon request, Washington University and ILEP [will p]rovide certification to apply for credit from other states. [Estima]ted credit is 15 hours based on a 50-minute credit hour, [or 12] hours based on a 60-minute credit hour. For more [inform]ation about the conference, please contact Sandra Stein [Laur]a Stein at (215) 988-9546 or email steinesq@yahoo.com.